Hon. Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLD REPUBLIC TITLE, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> TROY X. KELLEY and DIANE DUFFRIN KELLEY, individually and as a marital community, <br><br> Defendants. | No. 2:10-cv-00038-JLR <br><br> DECLARATION OF MEREDITH JERUE IN SUPPORT OF MOTION TO QUASH SUBPOENA <br><br> NOTE ON MOTION CALENDAR: <br><br> **September 3, 2010** |

I, Meredith Jerue, declare under the penalty of perjury under the laws of the State of Washington that the following is true and correct.

1. I am an adult resident of the State of Washington and am competent to testify herein. I reside at 4617 Lake Washington Boulevard Northeast, Kirkland, Washington 98033.

2. I am not a party to this case.

3. I am separated from Jason J. Jerue. He does not reside with me and I do not have any address for him.

4. I was nominally employed over approximately a nine-month period by United National LLC dba the Post Closing Department ("PCD") in 2007 and 2008. The services I performed for PCD was as a backup errand-runner. On two or three occasions over this nine-month period I went to title company offices and picked up files that I delivered to PCD's offices at the Stewart Title building in Everett, Washington.

DECLARATION OF MEREDITH JERUE IN
SUPPORT OF MOTION TO QUASH
SUBPOENA--1

No. 2:10-cv-00038-JLR
M41754-1442727

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

5. I performed no other work for PCD except for this limited on-call, runner service. I did not have anything to do with the reconveyance services provided by PCD to Old Republic Title, Ltd. ("ORT"). I did not work in the office and I never processed any escrow files. I simply delivered them.

6. Other than as I have stated above, I had no knowledge of the business operations of PCD.

7. Jason Jerue did not consult me with respect to the business operations of PCD nor did I provide him with any advice with respect to the business operations of PCD. We never discussed what work he performed for PCD.

8. I have offered to speak with ORT's counsel in lieu of a deposition to verify my lack of knowledge with respect to any relevant issue in this case. This offer was made through Mr. Kelley's attorney, Judith A. Endejan on August 19, 2010. Mr. Smith declined this offer.

9. I am extremely emotionally upset about being dragged into this litigation when I have no knowledge of how PCD operated and no connection to PCD.

10. I live alone in a single-family house with my eight-month old son. I have been frightened on <u>three</u> occasions in the evening in the last two weeks after putting my son to bed by a process server that came to my house to serve subpoenas. On the first occasion, he banged on the door for approximately ten minutes before waking my baby and serving me with a deposition subpoena. On the second occasion, again at night, and again waking my baby, the process server served a document subpoena. On the third occasion, the process server banged on the door as I was putting my baby to bed but I was too afraid to open the door.

DECLARATION OF MEREDITH JERUE IN
SUPPORT OF MOTION TO QUASH
SUBPOENA--2

No. 2:10-cv-00038-JLR
M41754-1442727

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

11. It would work a hardship on me to take uncompensated time off from my employer to travel to downtown Seattle and to pay for parking to be deposed when everything I know about PCD is what is contained in this sworn declaration.

12. I have no documents in my possession that are listed on Exhibit A to the subpoena that I received.

Executed this 23rd day of August, 2010, in Kirkland, Washington.

_____
Meredith Jerue, declarant

DECLARATION OF MEREDITH JERUE IN
SUPPORT OF MOTION TO QUASH
SUBPOENA--3

No. 2:10-cv-00038-JLR
M41754-1442727

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

# CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Scott A. Smith    ssmith@riddellwilliams.com
    Gavin W. Skok    gskok@riddellwilliams.com

DATED this 24th day of August, 2010.

        GRAHAM & DUNN PC

        By /s/Judith A. Endejan
        Judith A. Endejan, WSBA# 11016
        Pier 70 ~2801 Alaskan Way, Ste. 300
        Seattle, WA 98121-1128
        Tel: (206) 624-8300
        Fax: (206) 340-9599
        Email: jendejan@grahamdunn.com
        Attorneys for Defendants, Troy X. Kelley and Diane Duffrin Kelley

DECLARATION OF MEREDITH JERUE IN SUPPORT OF MOTION TO QUASH SUBPOENA -- 4
No. 2:10-cv-00038-JLR
M41754-1442727

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599