1          HONORABLE JAMES L. ROBART

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
9                    AT SEATTLE

10  OLD REPUBLIC TITLE, LTD.,          No. 10-cv-0038-JLR

11          Plaintiff,                 **EXHIBITS 3, 4, 5, 7, 9, 10, 15, 16,
                                        19, 20, 21, 22, 25, 26, 27, 28, 29,**
12      v.                             **30, 31, 32 AND 34 TO THE
                                        DECLARATION OF SCOTT A.**
13  TROY X. KELLEY and DIANE           **SMITH IN OPPOSITION TO
    DUFFRIN KELLEY, individually and as MOTION TO QUASH DEPOSITION**
14  a marital community,               **OF DIANE KELLEY** *FILED UNDER
                                        SEAL*
15          Defendants.
                                        NOTE ON MOTION CALENDAR:
16                                      August 27, 2010

17

18

19

20

21

22

23

24

25

26

EXS. TO SMITH DECL. IN OPP. TO MTN. TO QUASH DEP. OF
DIANE KELLEY FILED UNDER SEAL (No. 10-cv-0038-JLR) - 1
4820-2202-7271.01
62131.00047

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# EXHIBIT 3

651107

| ☐ Final K-1 ☐ Amended K-1 | OMB No. 1545-0099 |
|---|---|

**Schedule K-1**
**(Form 1065)**

**2007**

Department of the Treasury
Internal Revenue Service

For calendar year 2007, or tax
year beginning _____ , 2007
ending _____ , 20 ____

**Partner's Share of Income, Deductions, Credits, etc.** ► See back of form and separate instructions.

**Part I**  Information About the Partnership

**A** Partnership's employer identification number
▮▮▮▮▮▮

**B** Partnership's name, address, city, state, and ZIP code

United National, LLC
2521 Fremont Street
Tacoma, WA 98406

**C** IRS Center where partnership filed return
Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II**  Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

Blackstone International, Inc.
2521 Fremont Street
Tacoma, WA 98406

**G** ☑ General partner or LLC
member-manager    ☐ Limited partner or other LLC member

**H** ☐ Domestic partner    ☐ Foreign partner

**I** What type of entity is this partner? Corporation

**J** Partner's share of profit, loss, and capital:

|  | Beginning | Ending |
|---|---|---|
| Profit | 79.90 % | 79.90 % |
| Loss | 79.90 % | 79.90 % |
| Capital | 78.00 % | 79.30 % |

**K** Partner's share of liabilities at year end:

Nonrecourse . . . . . $ _____
Qualified nonrecourse financing . $ _____
Recourse . . . . . $ _____

**L** Partner's capital account analysis:

Beginning capital account . . . $ _____ 59280.00
Capital contributed during the year . $ _____ 1000.00
Current year increase (decrease) . $ _____ 228453.94
Withdrawals & distributions . . $ ( _____ 228453.94 )
Ending capital account . . . $ _____ 60280.00

☑ Tax basis  ☐ GAAP  ☐ Section 704(b) book
☐ Other (explain)

**Part III**  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| 1 | Ordinary business income (loss) | 15 | Credits |
|---|---|---|---|
|  | 228453.94 |  |  |
| 2 | Net rental real estate income (loss) |  |  |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments |  |  |
| 5 | Interest income |  |  |
| 6a | Ordinary dividends |  |  |
| 6b | Qualified dividends |  |  |
| 7 | Royalties |  |  |
| 8 | Net short-term capital gain (loss) |  |  |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) |  |  |
| 9c | Unrecaptured section 1250 gain |  |  |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) |  |  |
| 12 | Section 179 deduction | 19 | Distributions |
|  |  | A | 228453.94 |
| 13 | Other deductions | 20 | Other information |
| 14 | Self-employment earnings (loss) |  |  |

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.    Cat. No. 11394R    Schedule K-1 (Form 1065) 2007

**CONFIDENTIAL**

TXK 000235

# EXHIBIT 4

651107

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0099 |

**Schedule K-1**
**(Form 1065)**

**2007**

Department of the Treasury
Internal Revenue Service

For calendar year 2007, or tax
year beginning _____, 2007
ending _____, 20 ___

**Partner's Share of Income, Deductions,
Credits, etc.**    ► See back of form and separate instructions.

### Part I   Information About the Partnership

**A**   Partnership's employer identification number

**B**   Partnership's name, address, city, state, and ZIP code

United National, LLC
2521 Fremont Street
Tacoma, WA 98406

**C**   IRS Center where partnership filed return

Ogden, UT

**D**   ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E**   Partner's identifying number

**F**   Partner's name, address, city, state, and ZIP code

Attorney Trustee Service, Inc.
2521 Fremont Street
Tacoma, WA 98406

**G**   ☐ General partner or LLC       ☑ Limited partner or other LLC
         member-manager                    member

**H**   ☐ Domestic partner             ☐ Foreign partner

**I**   What type of entity is this partner?   Corporation

**J**   Partner's share of profit, loss, and capital:

|          | Beginning | Ending   |
|----------|-----------|----------|
| Profit   | 12.20 %   | 16.46 %  |
| Loss     | 12.20 %   | 16.46 %  |
| Capital  | 12.20 %   | 18.10 %  |

**K**   Partner's share of liabilities at year end:

Nonrecourse . . . . . . . $_____
Qualified nonrecourse financing  $_____
Recourse . . . . . . . . $_____

**L**   Partner's capital account analysis:

Beginning capital account . . . $_____ 9265.00
Capital contributed during the year  $_____ 4455.00
Current year increase (decrease) . $_____ 47063.54
Withdrawals & distributions . . $( 47063.54 )
Ending capital account . . . . $_____ 13720.00

☑ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

### Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| 1 | Ordinary business income (loss) |
|---|---|
|   | 47063.54 |

| 2 | Net rental real estate income (loss) |

| 3 | Other net rental income (loss) |

| 4 | Guaranteed payments |

| 5 | Interest income |

| 6a | Ordinary dividends |

| 6b | Qualified dividends |

| 7 | Royalties |

| 8 | Net short-term capital gain (loss) |

| 9a | Net long-term capital gain (loss) |

| 9b | Collectibles (28%) gain (loss) |

| 9c | Unrecaptured section 1250 gain |

| 10 | Net section 1231 gain (loss) |

| 11 | Other income (loss) |

| 12 | Section 179 deduction |

| 13 | Other deductions |

| 14 | Self-employment earnings (loss) |

| 15 | Credits |

| 16 | Foreign transactions |

| 17 | Alternative minimum tax (AMT) items |

| 18 | Tax-exempt income and nondeductible expenses |

| 19 | Distributions |
|---|---|
| A | 47063.54 |

| 20 | Other information |

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.    Cat. No. 11394R    Schedule K-1 (Form 1065) 2007

**CONFIDENTIAL**

TXK 000237

# EXHIBIT 5



## SECRETARY OF STATE

## LIMITED LIABILITY COMPANY CHARTER

I, ROSS MILLER, the Nevada Secretary of State, do hereby certify that BERKLEY UNITED, LLC did on June 23, 2008, file in this office the Articles of Organization for a Limited Liability Company, that said Articles of Organization are now on file and of record in the office of the Nevada Secretary of State, and further, that said Articles contain all the provisions required by the laws governing Limited Liability Companies in the State of Nevada.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on June 23, 2008.



ROSS MILLER
Secretary of State

By

Certification Clerk

Vanguard 000057

06/26/2008  15:45   8882102613                                          PAGE  22
JUN-25-2008 12:17 PM                                                    P.03



ROSS MILLER
Secretary of State
206 North Carson Street
Carson City, Nevada 89701-4299
(775) 684 5708
Website: secretaryofstate.biz



Filed in the office of | Document Number
                       | 20080417604-12
Ross Miller            | Filing Date and Time
Secretary of State     | 06/23/2008 9:09 AM
State of Nevada        | Entity Number

## Articles of Organization
## Limited-Liability Company
### (PURSUANT TO NRS 86)

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

|  |  |
|---|---|
| 1. *Name of Limited-Liability Company:* (must contain approved limited-liability company wording; see instructions) | BERKELEY UNITED, LLC  ☐ Check box if a Series Limited-Liability Company |

2. *Resident Agent Name and Street Address:* (must be a Nevada address where process may be served)

Resident Agents of America
Name
631 N. Stephanie St., Ste. 548          Henderson          Nevada 89014
(MANDATORY) Physical Street Address     City                Zip Code

(OPTIONAL) Mailing Address              City            State   Zip Code

3. *Dissolution Date:* (OPTIONAL; see instructions)

Latest date upon which the company is to dissolve (if existence is not perpetual)   July 1, 2063

4. *Management:*

Company shall be managed by   ☐ Manager(s)  OR  ☒ Members
                              (check only one box)

5. *Name and Address of each Manager or Managing Member:* (attach additional page, if more than 3)

Troy Kelley
Name
2521 Fremont St.              Tacoma              WA  98406
Address                      City               State  Zip Code

Name

Address                      City               State  Zip Code

Name

Address                      City               State  Zip Code

6. *Name, Address and Signature of Organizer:* (attach additional page, if more than 1)

Troy Kelley                     X  Troy X Kelley
Name                               Signature
2521 Fremont St.              Tacoma              WA  98406
Address                      City               State  Zip Code

7. *Certificate of Acceptance of Appointment of Resident Agent:*

I hereby accept appointment as Resident Agent for the above named limited-liability company.
X _____
Authorized Signature of R.A. or On Behalf of R.A. Company          Date  6/23/08

This form must be accompanied by appropriate fees.

Vanguard 000058

**EXHIBIT 7**

| a Control number | | |
|---|---|---|
| P-901-02607 | Void ☐ | OMB No. 1545-0008 |

Copy D For Employer.

| b Employer identification number | 1 Wages, tips, other comp. | 2 Fed. income tax withheld |
|---|---|---|
| ████████ | 414.19 | 0.00 |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Soc. sec. tax withheld |
|---|---|---|
| | 5414.19 | 335.68 |

UNITED NATIONAL LLC
2521 N. FREMONT STREET
TACOMA, WA 98406

| | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|
| | 5414.19 | 78.51 |

| | 7 Social security tips | 8 Allocated tips |
|---|---|---|
| | 0.00 | |

| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|
| ████████ | | |

| e Employee's name, address, and ZIP code | 11 Nonqualified plans | 12a See Inst. for box 12 |
|---|---|---|
| | | D   5000.00 |

DIANE D KELLEY
2521 N. FREMONT ST
TACOMA, WA  98406

| 13 Statutory employee ☐ | Retirement plan ☒ | Third-party sick pay ☐ | 12b |
|---|---|---|---|
| 14 Other | | | 12c |
| | | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

Form **W-2**  Wage and Tax Statement  **2003**

3  BW2ERD    NTF 2559397    Copyright 2003 Greatland/Nelco • Forms Software Only

39-1908647   Department of the Treasury -- Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate Instructions.

CONFIDENTIAL

INT/UNLLC 000067

| a Control number | | Copy D--For Employer. | |
|---|---|---|---|
| P-901-02607 | Void | OMB No. 1545-0008 | |

| b Employer identification number | 1 Wages, tips, other comp. 579.86 | 2 Federal income tax withheld 0.00 |
|---|---|---|
| c Employer's name, address, and ZIP code | 3 Social security wages 7579.86 | 4 Social security tax withheld 469.95 |
| UNITED NATIONAL LLC<br>2521 N. FREMONT STREET<br>TACOMA, WA 98406 | 5 Medicare wages and tips 7579.86 | 6 Medicare tax withheld 109.91 |
| | 7 Social security tips 0.00 | 8 Allocated tips |
| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code | 11 Nonqualified plans | 12a See instructions for box 12<br>D 7000.00 |
| DIANE D KELLEY<br>2521 N. FREMONT ST<br>TACOMA, WA  98406 | 13 Statutory employee / Retirement plan [X] / Third-party sick pay | 12b |
| | 14 Other | 12c |
| | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

Form W-2   Wage and Tax Statement      2004

Department of the Treasury -- Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see instructions.

39-1908647

4  BW2ERD     NTF 2560851     Copyright 2004 Greatland/Nelco - Forms Software Only

| a Control number | | | Copy D--For Employer. | |
|---|---|---|---|---|
| P-901-02607 | | Void [ ] | OMB No. 1545-0008 | |

| b Employer identification number (EIN) | 1 Wages, tips, other comp. 662.70 | 2 Federal income tax withheld 0.00 |
|---|---|---|
| c Employer's name, address, and ZIP code | 3 Social security wages 8662.70 | 4 Social security tax withheld 537.09 |
| UNITED NATIONAL LLC 2521 N. FREMONT STREET TACOMA, WA 98406 | 5 Medicare wages and tips 8662.70 | 6 Medicare tax withheld 125.61 |
| | 7 Social security tips 0.00 | 8 Allocated tips |
| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code | 11 Nonqualified plans | 12a See instructions for box 12 D 8000.00 |
| DIANE D KELLEY 2521 N. FREMONT ST TACOMA, WA 98406 | 13 Statutory employee / Retirement plan [X] / Third-party sick pay | 12b |
| | 14 Other | 12c |
| | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

Form **W-2** **Wage and Tax Statement** **2005**

39-1909647 Department of the Treasury – Internal Revenue Service

For Privacy Act and Paperwork Reduction Act Notice, see instructions.

5 BW2ERD    NTF 2561834    Copyright 2004 Greatland/Nelco - Forms Software Only

| a Control number | | Copy D--For Employer. | |
|---|---|---|---|
| P-901-02607 | Void ☐ | OMB No. 1545-0008 | |

| b Employer identification number (EIN) ▮▮▮▮▮▮ | 1 Wages, tips, other comp. 662.70 | 2 Federal income tax withheld 0.00 |
|---|---|---|
| c Employer's name, address, and ZIP code | 3 Social security wages 8662.70 | 4 Social security tax withheld 537.09 |
| **UNITED NATIONAL LLC** 2521 N. FREMONT STREET TACOMA, WA 98406 | 5 Medicare wages and tips 8662.70 | 6 Medicare tax withheld 125.61 |
| | 7 Social security tips 0.00 | 8 Allocated tips |
| d Employee's social security number ▮▮▮▮▮▮ | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code | 11 Nonqualified plans | 12a See instructions for box 12 D 8000.00 |
| **DIANE D KELLEY** 2521 N. FREMONT ST TACOMA, WA 98406 | 13 Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ | 12b |
| | 14 Other | 12c |
| | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

Form **W-2** Wage and Tax Statement

**2006**

39-1908847

Department of the Treasury -- Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see instructions.

CONFIDENTIAL

INT/UNLLC 000414

| | | |
|---|---|---|
| a Employee's social security no. | Copy D--For Employer. OMB No. 1545-0008 | |

| b Employer identification number (EIN) | 1 Wages, tips, other comp. 1000.00 | 2 Federal income tax withheld 52.92 |
|---|---|---|
| c Employer's name, address, and ZIP code | 3 Social security wages 9000.00 | 4 Social security tax withheld 558.00 |
| UNITED NATIONAL LLC 2521 N. FREMONT STREET TACOMA, WA 98406 | 5 Medicare wages and tips 9000.00 | 6 Medicare tax withheld 130.50 |
| | 7 Social security tips 0.00 | 8 Allocated tips |
| d Control number P-901-02607 | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code | 11 Nonqualified plans | 12a See instructions for box 12 D 8000.00 |
| DIANE D KELLEY 2521 N. FREMONT ST TACOMA, WA 98406 | 13 Statutory employee ☐ Retirement plan ☒ Third-party sick pay ☐ | 12b |
| | 14 Other | 12c |
| | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

Form **W-2** **Wage and Tax Statement** **2007** 38-2099603 Department of the Treasury – Internal Revenue Service For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

CONFIDENTIAL

INT/UNLLC 000538

| | | a Employee's social security no. | Copy D--For Employer. |
|---|---|---|---|
| Void | | ▓▓▓▓▓▓ | OMB No. 1545-0008 |

| b Employer identification number (EIN) ▓▓▓▓▓▓ | 1 Wages, tips, other comp. 1000.00 | 2 Federal income tax withheld 52.08 |
|---|---|---|
| c Employer's name, address, and ZIP code | 3 Social security wages 9000.00 | 4 Social security tax withheld 558.00 |
| **UNITED NATIONAL LLC** 2521 N. FREMONT STREET TACOMA, WA 98406 | 5 Medicare wages and tips 9000.00 | 6 Medicare tax withheld 130.50 |
| | 7 Social security tips 0.00 | 8 Allocated tips |
| d Control number    P-901-02607 | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code | 11 Nonqualified plans | 12a See instructions for box 12 D   8000.00 |
| **DIANE D KELLEY** 2521 N. FREMONT ST TACOMA, WA  98406 | 13 Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ | 12b |
| | 14 Other | 12c |
| | | 12d |

| 15 State   Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| | | | | | |

Form **W-2**   **Wage and Tax Statement**   **2008**   38-2099803   Department of the Treasury -- Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

8  BW2D     NTF 2572391     BW2ERD     Copyright 2008 Greatland/Nelco - Forms Software Only

**EXHIBIT 9**

Form VORF

 Vanguard

# Organization Resolution

**Use this form** to authorize persons to conduct transactions on your organization's Vanguard® accounts or to authorize persons to act for the organization on behalf of another account owner.

*This resolution remains in effect until Vanguard receives notification that it has been revoked or receives a new form. You must file a new Organization Resolution each time there is a change in the identity of individuals authorized to act for your organization.*

Print in capital letters and use black ink.

**:stions?**
**Call 800-662-2739.**

If you need other forms, visit our website at www.vanguard.com/serviceforms.

## 1. Organization Information

Name of Organization
Blackstone International, Inc.

Street
2521 Fremont St.

City, State, Zip
Tacoma, WA 98406

Country  *if not U.S.*

Daytime Phone  *area code, number, extension*
(888) 210-2607

Evening Phone  *area code, number, extension*
(253) 906-4376

Employer/Taxpayer Identification Number
██████████

Type of Organization
Corporation

## 2. Type of Authorization  *Check one and complete the appropriate section.*

Complete
Section 3. >    ☑ Authorization to Act on an Organization's Accounts  *If you are authorizing individuals to act on the organization's accounts, check this option and complete Section 3.*

Complete
Section 4. >    ☐ Authorization to Act on Behalf of Another Account Owner  *If you are authorizing individuals to act on the organization's behalf in its capacity as agent for another account owner, check this option and complete Section 4.*

Vanguard 000140

Form VORF

The organization agrees to indemnify and hold The Vanguard Group, Inc., Vanguard Marketing Corporation, their affiliates, each of the investment company members of The Vanguard Group and their respective officers, employees, and agents (collectively, Vanguard) harmless from and against all losses, claims, and expenses (including attorney's fees) of any kind incurred by Vanguard for relying in good faith upon information provided in this resolution and for acting on instructions believed by Vanguard to have originated from any authorized signatory listed in this section and/or any additional authorized person listed in this section. This resolution remains in full force and effect until revoked by an authorized signatory of the organization. Each Organization Resolution filed with Vanguard revokes a corporate/organization resolution previously filed with Vanguard in its entirety. Any revocation will not affect any liability resulting from transactions initiated before Vanguard has had a reasonable amount of time to act upon the revocation.

The undersigned are authorized to certify this information on behalf of the organization and confirm that these provisions conform to the charter or other organizing document of our organization.

**Two authorized signatories must sign.**

You can sign even if your signature is already included on page 2 under Authorized Signatories.

If the organization has only one authorized signatory, complete the Third-Party Certification below.

| Name of Authorized Signatory  first, middle initial, last | Title |
| --- | --- |
| Troy X. Kelley | President |

| Signature | Date  mm/dd/yyyy |
| --- | --- |
| *Troy X. Kelly* | 06/16/2008 |

| Name of Authorized Signatory  first, middle initial, last | Title |
| --- | --- |
| Diane D. Kelley | V.P. & Secretary |

| Signature | Date  mm/dd/yyyy |
| --- | --- |
| *Diane D. Kelley* | 06/16/2008 |

### Third-Party Certification

I certify that the person who signed above is the duly authorized signatory of the organization identified in Section 1.

**Complete if the organization has only one authorized signatory.**

Name of Bank Officer, Practicing Attorney, or Member of a Domestic Stock Exchange

Title

Name of Bank or Firm

| Signature | Date  mm/dd/yyyy |
| --- | --- |
| | |

Vanguard 000143

# EXHIBIT 10

06/26/2008  15:45    8882102613                                    PAGE   14

Form VORF



# Organization Resolution

Use this form to authorize persons to conduct transactions on your organization's Vanguard® accounts or to authorize persons to act for the organization on behalf of another account owner.

*This resolution remains in effect until Vanguard receives notification that it has been revoked or receives a new form. You must file a new Organization Resolution each time there is a change in the identity of individuals authorized to act for your organization.*

Print in capital letters and use black ink.

**Questions?**
Call 800-662-2739.
If you need other forms, visit our website at www.vanguard.com/serviceforms.

## 1. Organization Information

Name of Organization
**Berkeley United LLC**
Street
**2821 Fremont Street**
City, State, Zip
Tacoma, WA 98406
Daytime Phone  *area code, number, extension*
**(888) 210-2607**
Employer/Taxpayer Identification Number
▓▓▓▓▓▓▓

Country  *if not U.S.*

Evening Phone  *area code, number, extension*
**(253) 906-4376**

Type of Organization
Limited Liability Company

## 2. Type of Authorization  *Check one and complete the appropriate section.*

Complete
Section 3. >  ☑ Authorization to Act on an Organization's Accounts  *If you are authorizing individuals to act on the organization's accounts, check this option and complete Section 3.*

Complete
Section 4. >  ☐ Authorization to Act on Behalf of Another Account Owner  *If you are authorizing individuals to act on the organization's behalf in its capacity as agent for another account owner, check this option and complete Section 4.*

1 of 6

Vanguard 000050

06/26/2008   15:45   8882102613                                    PAGE   17

Form VORF

The organization agrees to indemnify and hold The Vanguard Group, Inc., Vanguard Marketing Corporation, their affiliates, each of the investment company members of The Vanguard Group and their respective officers, employees, and agents (collectively, Vanguard) harmless from and against all losses, claims, and expenses (including attorney's fees) of any kind incurred by Vanguard for relying in good faith upon information provided in this resolution and for acting on instructions believed by Vanguard to have originated from any authorized signatory listed in this section and/or any additional authorized person listed in this section. This resolution remains in full force and effect until revoked by an authorized signatory of the organization. Each Organization Resolution filed with Vanguard revokes a corporate/organization resolution previously filed with Vanguard in its entirety. Any revocation will not effect any liability resulting from transactions initiated before Vanguard has . had a reasonable amount of time to act upon the revocation.

The undersigned are authorized to certify this information on behalf of the organization and confirm that these provisions conform to the charter or other organizing document of our organization.

Two authorized signatories must sign.

You can sign even if your signature is already included on page 2 under Authorized Signatories.

If the organization has only one authorized signatory, complete the Third-Party Certification below.

| Name of Authorized Signatory  *first, middle initial, last* | Title |
| Troy X. Kelley | President |
| Signature | Date *mm/dd/yyyy* |
| Troy X. Kelley | 06/26/2008 |

| Name of Authorized Signatory  *first, middle initial, last* | Title |
| Diane D. Kelley | Vice President |
| Signature | Date *mm/dd/yyyy* |
| Diane Skelley | 06/26/2008 |

## Third-Party Certification

I certify that the person who signed above is the duly authorized signatory of the organization identified in Section 1.

Name of Bank Officer, Practicing Attorney, or Member of a Domestic Stock Exchange

Complete if the organization has only one authorized signatory.

Title

Name of Bank or Firm

| Signature | Date *mm/dd/yyyy* |

4 of 6

PAGE 17/23 * RCVD AT 6/26/2008 6:40:53 PM [Eastern Daylight Time] * SVR:PSNVA272/18 * DNIS:4833 * CSID:8882102613 * DURATION (mm-ss):05-58

Vanguard 000053

# EXHIBIT 15

HONORABLE JAMES L. ROBART

1
2
3
4
5
6
7

8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10    OLD REPUBLIC TITLE, LTD.,                 No. 10-cv-0038-JLR

11              Plaintiff,                       **REVISED DISCOVERY ANSWER
                                                 OF OLD REPUBLIC**
12         v.

13    TROY X. KELLEY and DIANE
      DUFFRIN KELLEY, individually and as
14    a marital community,

15              Defendants.

16         **INTERROGATORY NO. 6:  Identify** each transaction handled by The Post

17    Closing Department for an Old Republic Title customer in which **you** contend
      there were funds that should have been refunded to the customer, stating for
18    each:

19         a.    The total amount of such refunds;

20         b.    Whether **you** followed through to determine if The Post Closing

21    Department made such refunds; and

22         c.    Whether **you** intend to refund such refunds to **your** customers.

23         **RESPONSE:**

24         a.    Old Republic Title has not made a calculation based on individual

25    escrow transactions.  The total amount of refunds that were not made is estimated

26

REVISED DISCOVERY ANSWER OF OLD REPUBLIC              Riddell Williams P.S.
(No. 10-cv-0038-JLR) - 1                             1001 FOURTH AVENUE
4822-4835-6102.01                                        SUITE 4600
071910/1723/62131.00047                         SEATTLE, WA 98154-1192
                                                      206.624.3600

to be no less than $981,350.  This figure is based on a fairly simple calculation of A minus B minus C with those letters representing the following figures:

A – Total amount of the checks sent from Old Republic Title to PCD (the figure appears to be either $1,244,245.22 or $1,253,279.38)

B – The total amount of checks written by PCD from such monies other than to itself ($26,895.66)

C – PCD service fees included in A (estimated to be 11,800 x $20 or $236,000)

b.    If, by "followed through," you are asking whether Old Republic Title has contacted each of the escrow customers to ask if they have received any refunds, the answer is no.

c.    Yes, Old Republic Title intends to return to the escrow customers any unrefunded monies that it recovers from Kelley.

DATED July 19, 2010.

Respectfully Submitted

RIDDELL WILLIAMS P.S.

By _____
Scott A. Smith, WSBA #11975
Gavin W. Skok, WSBA #29766
Attorneys for Plaintiff Old Republic Title,
Ltd.

REVISED DISCOVERY ANSWER OF OLD REPUBLIC
(No. 10-cv-0038-JLR) - 2
4822-4835-6102.01
071910/1723/52131.00047

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# EXHIBIT 16

United National LLC
DBA: Post Closing Dept STC-E PCD
2521 N Fremont St
Tacoma WA 98406

Statement Period 06/03/2008 To 07/01/2008          Account Number: ████8074

-------------------------------------------------------------------------------
                              Account Summary
                    ----------------------------------------
                         Balance 06/03/2008      $531,205.32
                         Deposits                      $0.00
                         Withdrawals            $531,205.32
Customer YTD Earnings       $5,960.03    Earnings             $350.89
APY                  2.03%    Balance 07/01/2008       $350.89
-------------------------------------------------------------------------------

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------------|---------|
| 06/03/2008 | Opening Balance | | | $531,205.32 |
| 06/10/2008 | SWEEP WITHDRAWAL | | 5,609.14 | 525,596.18 |
| 06/13/2008 | SWEEP WITHDRAWAL | | 525,596.18 | 0.00 |
| 06/30/2008 | INTEREST | 350.89 | | 350.89 |

-------------------------------------------------------------------------------
Closing Balance                              $350.89
                                    --------------------

-------------------------------------------------------------------------------
                              Activity Summary
-------------------------------------------------------------------------------
                              Sweep Deposits
        06/30/2008            350.89
                              Sweep Withdrawals
        06/10/2008            5,609.14          06/13/2008           525,596.18
COLUMBIA STATE BANK

                              PAGE 1 OF 1

COLUMBIA 01006060

United National LLC
    DBA Post Closing Dept Fnf-L Pcd
    2521 N Fremont St
    Tacoma WA 98406

Statement Period 06/03/2008 To 07/01/2008          Account Number: ████8249

------------------------------------------------------------------------
                              Account Summary
                    ------------------------------------------
                    Balance 06/03/2008        $2,366,010.61
                    Deposits                       $0.00
                    Withdrawals               $2,366,010.61
    Customer YTD Earnings     $25,993.64   Earnings          $1,562.80
    APY              2.03%    Balance 07/01/2008        $1,562.80
------------------------------------------------------------------------

| Date       | Description        | Deposits  | Withdrawals  | Balance      |
|------------|--------------------|-----------|--------------|--------------|
| 06/03/2008 | Opening Balance    |           |              | $2,366,010.61 |
| 06/03/2008 | SWEEP WITHDRAWAL   |           | 158.00       | 2,365,852.61 |
| 06/06/2008 | SWEEP WITHDRAWAL   |           | 120.00       | 2,365,732.61 |
| 06/10/2008 | SWEEP WITHDRAWAL   |           | 24,550.84    | 2,341,181.77 |
| 06/13/2008 | SWEEP WITHDRAWAL   |           | 2,341,181.77 | 0.00         |
| 06/30/2008 | INTEREST           | 1,562.80  |              | 1,562.80     |

Closing Balance                             $1,562.80
                                   --------------------

------------------------------------------------------------------------
                              Activity Summary
------------------------------------------------------------------------
                            Sweep Deposits
        06/30/2008      1,562.80
                            Sweep Withdrawals
        06/03/2008       158.00      06/10/2008        24,550.84
        06/06/2008       120.00      06/13/2008     2,341,181.77
    COLUMBIA STATE BANK

COLUMBIA 01006121

# EXHIBIT 19

| Form **1065** | | U.S. Return of Partnership Income | | OMB No. 1545-0099 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2007, or tax year beginning .........., 2007, ending .........., 20...... ▶ See separate instructions. | | **2007** |

| A Principal business activity **Insurance** | Use the IRS label. Other- wise, print or type. | Name of partnership **United National, LLC** | D Employer identification number |
|---|---|---|---|
| B Principal product or service **Insurance Policy** | | Number, street, and room or suite no. If a P.O. box, see the instructions. **2521 Fremont Street** | E Date business started **8-2-02** |
| C Business code number **524210** | | City or town, state, and ZIP code **Tacoma, WA 98406-1614** | F Total assets (see the instructions) $ **76000** 00 |

G  Check applicable boxes:  (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return
H  Check accounting method:  (1) ☐ Cash  (2) ☒ Accrual  (3) ☐ Other (specify) ▶ ..................................
I  Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ ..........4..........
J  Check if Schedule M-3 attached . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**Caution.** *Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

| | | | | | | |
|---|---|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales . . . . . . . | 1a | 587481 | 94 | |
| | b | Less returns and allowances . . . . | 1b | | 0 | |
| | | | 1c | | | 0 |
| | 2 | Cost of goods sold (Schedule A, line 8) . . . . . . . . . . | 2 | | | 0 |
| | 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . | 3 | | | 0 |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts *(attach statement)* . | 4 | | | 0 |
| | 5 | Net farm profit (loss) *(attach Schedule F (Form 1040))* . . . . . . . | 5 | | | 0 |
| | 6 | Net gain (loss) from Form 4797, Part II, line 17 *(attach Form 4797)* . . . | 6 | | | 0 |
| | 7 | Other income (loss) *(attach statement)* . . . . . . . . . | 7 | | | 0 |
| | 8 | **Total income (loss).** Combine lines 3 through 7 . . . . . . . | 8 | | | 125538 70 |
| **Deductions** (see the instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) . . | 9 | | | 713020 64 |
| | 10 | Guaranteed payments to partners . . . . . . . . . | 10 | | | 339235 76 |
| | 11 | Repairs and maintenance . . . . . . . . . . . . | 11 | | | 0 |
| | 12 | Bad debts . . . . . . . . . . . . . . . | 12 | | | 0 |
| | 13 | Rent . . . . . . . . . . . . . . . . | 13 | | | 19512 30 |
| | 14 | Taxes and licenses . . . . . . . . . . . . . | 14 | | | 39040 29 |
| | 15 | Interest . . . . . . . . . . . . . . . | 15 | | | 0 |
| | 16a | Depreciation *(if required, attach Form 4562)* . . . . | 16a | | 0 | |
| | b | Less depreciation reported on Schedule A and elsewhere on return | 16b | | 0 | 16c | 0 |
| | 17 | Depletion (Do not deduct oil and gas depletion.) . . . . . . | 17 | | | 0 |
| | 18 | Retirement plans, etc. . . . . . . . . . . . . | 18 | | | 2857 41 |
| | 19 | Employee benefit programs . . . . . . . . . . . | 19 | | | 0 |
| | 20 | Other deductions *(attach statement)* . . . . . . . . . | 20 | | | 26448 11 |
| | 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 . | 21 | | | 427093 87 |
| | 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 . . . . | 22 | | | 285926 77 |

| Sign Here | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge. | | |
|---|---|---|---|
| | ▶ *Troy X. Kelly* Signature of general partner or limited liability company member manager | ▶ 2-28-08 Date | May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☐ No |

| Paid Preparer's Use Only | Preparer's signature | | Date | | Check if self-employed ▶ ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code | ▶ | | EIN ▶ | | |
| | | | | Phone no. | ( ) | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 11390Z   Form **1065** (2007)

0009

**CONFIDENTIAL**

# EXHIBIT 20

Form **1040**   Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return**   **2007**   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2007, or other tax year beginning _____ , 2007, ending _____ , 20 ____   OMB No. 1545-0074

**Label**
(See instructions on page 12.)
Use the IRS label.
Otherwise, please print or type.

L
A
B
E
L

H
E
R
E

QL          889 30
TROY X & DIANE D KELLEY
2521 FREMONT ST
TACOMA WA 98406-1614

I
R
S

Your social security number

Spouse's social security number

▲ You must enter your SSN(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 12) ▶ ☑ You ☐ Spouse

**Filing Status**
Check only one box.

1 ☐ Single
2 ☑ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 13.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see page 14)

**Exemptions**

6a ☑ Yourself. If someone can claim you as a dependent, do not check box 6a
b ☑ Spouse

| Boxes checked on 6a and 6b | 2 |
|---|---|

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ☑ if qualifying child for child tax credit (see page 15) |
|---|---|---|---|
| K▆▆ | ▆▆▆ | Son | ☑ |
| K▆▆ | ▆▆▆ | Son | ☑ |
|  |  |  | ☐ |
|  |  |  | ☐ |

If more than four dependents, see page 15.

| No. of children on 6c who: | |
|---|---|
| • lived with you | 2 |
| • did not live with you due to divorce or separation (see page 16) | 0 |
| Dependents on 6c not entered above | 0 |

d Total number of exemptions claimed

Add numbers on lines above ▶ **4**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 151778 37 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 2476 29 |
| 8b | Tax-exempt interest. Do not include on line 8a | 8b | 0 |  |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | 21760 15 |
| 9b | Qualified dividends (see page 19) | 9b | 3953 53 |  |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 20) | 10 | 0 |
| 11 | Alimony received | 11 | 0 |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 682 91 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | 1963 61 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | 0 |
| 15a | IRA distributions | 15a | 0 | b Taxable amount (see page 21) | 15b | 0 |
| 16a | Pensions and annuities | 16a | 0 | b Taxable amount (see page 22) | 16b | 0 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 383755 34 |
| 18 | Farm income or (loss). Attach Schedule F | 18 | 0 |
| 19 | Unemployment compensation | 19 | 0 |
| 20a | Social security benefits | 20a | 0 | b Taxable amount (see page 24) | 20b | 0 |
| 21 | Other income. List type and amount (see page 24) | 21 | 0 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 562416 67 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see page 26) | 23 | 0 |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | 0 |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | 470 83 |
| 26 | Moving expenses. Attach Form 3903 | 26 | 0 |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 48 24 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | 0 |
| 29 | Self-employed health insurance deduction (see page 26) | 29 | 0 |
| 30 | Penalty on early withdrawal of savings | 30 | 0 |
| 31a | Alimony paid   b Recipient's SSN ▶ | 31a | 0 |
| 32 | IRA deduction (see page 27) | 32 | 0 |
| 33 | Student loan interest deduction (see page 30) | 33 | 0 |
| 34 | Tuition and fees deduction. Attach Form 8917 | 34 | 0 |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | 0 |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | 519 07 |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 561897 60 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 83.   Cat. No. 11320B   Form **1040** (2007)

0001

**CONFIDENTIAL**

Form 1040 (2007)                                                                                                    Page **2**

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) . . . . . . . . . | 38 | 561897 | 60 |
| | 39a | Check if: ☐ You were born before January 2, 1943, ☐ Blind. } Total boxes ☐ Spouse was born before January 2, 1943, ☐ Blind. checked ▶ 39a | | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 31 and check here ▶39b ☐ | | | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) . | 40 | 10700 | 00 |
| | 41 | Subtract line 40 from line 38 . . . . . . . . . . . | 41 | 551197 | 60 |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 31. | 42 | If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the worksheet on page 33 . . . | 42 | 4532 | 00 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- . | 43 | 546665 | 60 |
| | 44 | Tax (see page 33). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ Form(s) 8889 | 44 | 162355 | 53 |
| | 45 | Alternative minimum tax (see page 36). Attach Form 6251 . . . . . | 45 | | 0 |
| • All others: | 46 | Add lines 44 and 45 . . . . . . . . . . . . ▶ | 46 | 162355 | 53 |
| Single or Married filing separately, $5,350 | 47 | Credit for child and dependent care expenses. Attach Form 2441 | 47 | 32 | 20 |
| | 48 | Credit for the elderly or the disabled. Attach Schedule R . . | 48 | | 0 |
| Married filing jointly or Qualifying widow(er), $10,700 | 49 | Education credits. Attach Form 8863 . . . . . | 49 | | 0 |
| | 50 | Residential energy credits. Attach Form 5695 . . . | 50 | | 0 |
| | 51 | Foreign tax credit. Attach Form 1116 if required . . | 51 | 37 | 97 |
| | 52 | Child tax credit (see page 39). Attach Form 8901 if required | 52 | | 0 |
| Head of household, $7,850 | 53 | Retirement savings contributions credit. Attach Form 8880 . | 53 | | 0 |
| | 54 | Credits from: a ☐ Form 8396 b ☐ Form 8859 c ☐ Form 8839 | 54 | | 0 |
| | 55 | Other credits: a ☐ Form 3800 b ☐ Form 8801 c ☐ Form ____ | 55 | | 0 |
| | 56 | Add lines 47 through 55. These are your total credits . . . . . . . | 56 | 70 | 17 |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- . . ▶ | 57 | 162285 | 36 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE . . . . . . . . . | 58 | 96 | 49 |
| | 59 | Unreported social security and Medicare tax from: a ☐ Form 4137 b ☐ Form 8919 | 59 | | 0 |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required . | 60 | | 0 |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 . . . . . | 61 | | 0 |
| | 62 | Household employment taxes. Attach Schedule H . . . . . . . . | 62 | | 0 |
| | 63 | Add lines 57 through 62. This is your total tax . . . . . . . . ▶ | 63 | 162381 | 85 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 . | 64 | 14643 | 24 |
| | 65 | 2007 estimated tax payments and amount applied from 2006 return | 65 | 174000 | 00 |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) . . . . . . . | 66a | | 0 |
| | b | Nontaxable combat pay election ▶ | 66b | | | 0 |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | 67 | | 0 |
| | 68 | Additional child tax credit. Attach Form 8812 . . . | 68 | | 0 |
| | 69 | Amount paid with request for extension to file (see page 59) | 69 | | 0 |
| | 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | | 0 |
| | 71 | Refundable credit for prior year minimum tax from Form 8801, line 27 | 71 | | 0 |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your total payments . . . ▶ | 72 | 188643 | 24 |
| **Refund** | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | 73 | 26261 | 39 |
| Direct deposit? See page 59 and fill in 74b, 74c, and 74d, or Form 8888. | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | | 0 |
| | ▶ b | Routing number _____ ▶ c Type: ☐ Checking ☐ Savings | | | |
| | ▶ d | Account number _____ | | | |
| | 75 | Amount of line 73 you want applied to your 2008 estimated tax ▶ | 75 | 26261 | 39 |
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 63. For details on how to pay, see page 60 ▶ | 76 | | |
| | 77 | Estimated tax penalty (see page 61) . . . . | 77 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see page 61)? ☐ Yes. Complete the following. ☐ No | | | |
| | | Designee's name ▶ | Phone no. ▶ ( ) | Personal identification number (PIN) ▶ ☐☐☐☐☐ | | |

**Sign Here**
Joint return? See page 13.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | *Tony X. Kelly* | Date 3-15-08 | Your occupation Investor | Daytime phone number ( 253 ) 906-4376 |
|---|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | *Deena Kelly* | Date 3-15-08 | Spouse's occupation Professor | |

**Paid Preparer's Use Only**

| Preparer's signature ▶ | | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | | EIN | |
| | | | Phone no. ( ) | |

Form **1040** (2007)

0002

**CONFIDENTIAL**

# EXHIBIT 21

1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

---

OLD REPUBLIC TITLE, LTD.,          )
                                   )
              Plaintiff,           )
                                   )
    vs.                            )  No. 10-cv-0038 JLR
                                   )
TROY X. KELLEY and DIANE           )
DUFFRIN KELLEY, individually       )
and as a marital community         )
                                   )
              Defendants.          )

---

** ATTORNEYS' EYES ONLY**

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF

TROY X. KELLEY

MONDAY, AUGUST 2, 2010

---

2

A P P E A R A N C E S

FOR THE PLAINTIFF:

        SCOTT A. SMITH
        GAVIN W. SKOK
        Attorneys of RIDDELL WILLIAMS P.S.
        1001 Fourth Avenue, Suite 4500
        Seattle, Washington 98154-1192
        (206) 624-3600
        ssmith@riddellwilliams.com
        gskok@riddellwilliams.com

FOR THE DEFENDANTS:

        JUDITH A. ENDEJAN
        Attorney of GRAHAM & DUNN, PC
        2801 Alaskan Way, Suite 300
        Seattle, Washington 98121-1128
        (206) 340-9694
        jendejan@grahamdunn.com

ALSO PRESENT:

        Tony Tibbetts, Videographer
        Watkins Court Reporters
        Rick Dosa
        Old Republic

1    Q    And I understand that you had a separate bank account at

2        Columbia Bank for the Old Republic reconveyance business?

3    A    Yes.

4    Q    Was that the account to which all the funds were

5        deposited?

6    A    From Old Republic, yes.

7    Q    Yes. I mean, not from other title companies?

8    A    Yes.

9    Q    You had separate accounts for different other title

10       companies?

11    A    Yes, correct.

12    Q    You had a Fidelity account, you had a Stewart Title

13       account, you had a First American account?

14    A    Correct.

15    Q    Were, then, any third-party payments or checks made, were

16       they written out of this same account?

17    A    Yes.

18    Q    So the account that Old Republic had at Columbia Bank

19       would be a pretty good snapshot of the financial activity

20       involved in your reconveyance business for Old Republic

21       in that two-year period?

22    A    I would say probably not.

23    Q    What would be missing?

24    A    Well, when we started with Stewart, I would say it would

25       be a very, very good snapshot, because everything was

1       before posting it on the website?

2  A   I don't remember.

3  Q   Did you typically do the posting on the website or did --

4       was that done by your employees?

5  A   Typically, Jason.

6  Q   Do you know if, in this instance, with respect to

7       explaining the 800,000 plus dollars, whether he did the

8       posting on the website?

9  A   I don't know.

10  Q   Any way you might recall that or figure that out?

11  A   No, but it was either myself or Jason.

12  Q   Did you review and approve it before it was posted on the

13       website?

14            THE COURT REPORTER:  I'm sorry, what did you

15       say?

16  Q   (By Mr. Smith)  Did you review and approve it before it

17       was posted on the website?

18  A   Yes.

19  Q   And was this an Excel spreadsheet?

20  A   Yes.

21  Q   And what happened to the copy of the Excel spreadsheet on

22       your computer after you reviewed and approved it and then

23       it was posted on the website?

24  A   It would have been there for quite some time.

25  Q   Where is it now?

Case 2:11-cv-01445-MJP Document 121-1 Filed 05/23/14 Page 38 of 113

44

1   A   I -- my computer doesn't work anymore from a couple years

2       ago. I had to purchase a new computer about a year ago.

3   Q   When did you purchase a new computer?

4   A   The new computer was purchased in January of 2010, and

5       for a period of time, I didn't have a computer.

6   Q   And where is the old computer that has this Excel

7       spreadsheet on it?

8   A   The old computer was, first of all, I'm sure it was

9       cleaned and given to a Goodwill or another type of

10      entity.

11  Q   And when did you do that?

12  A   That was more than a year ago.

13  Q   Do you recall any specific detail as to when you did

14      that?

15  A   No. No. May have been even more than that.

16  Q   Would you have gotten a receipt from Goodwill for having

17      donated a computer to them?

18  A   Probably not.

19  Q   And why not?

20  A   Because we usually don't get receipts from Goodwill,

21      though we make a lot of donations.

22  Q   Had that computer been functioning until you stripped it

23      out of all data and then gave it to Goodwill?

24  A   The computer was not functioning whatsoever, actually.

25      We couldn't even get it to turn on.

1   Q    When did it stop functioning?

2   A    Again, more than a year ago.  Maybe 18 months, in that

3       range.

4   Q    So what did you do for a computer between the time it

5       stopped functioning and when you purchased a new one?

6   A    Had a laptop.

7   Q    Did the laptop have a copy of this Excel spreadsheet?

8   A    No, it was my wife's laptop.

9   Q    Let's go back to the typical transaction where Amber or

10      perhaps Jason, but someone entered data from the check

11      and from the one-page PCD sheet into a spreadsheet.

12          What happened next?

13   A    After the spreadsheet was completely filled out?  Is that

14      where I'm --

15   Q    Yes.

16   A    -- continuing from?

17          At that point --

18   Q    I take it that was the step she took after picking up

19      this package of reconveyances.

20   A    Correct.  She entered all the information --

21   Q    Okay.

22   A    -- from those two pieces of paper into the spreadsheet.

23      Then, it varied with what type of file it was or which --

24      what documents we had with us.  A lot of times we had the

25      actual deed of trust, note, and other items that went

```
 1            Sometime later, they moved us again back to the main
 2       Stewart office.  First back to the basement and then the
 3       last year or so, I mean, well, before '08, so '06, '07,
 4       sometime in that time frame, they moved us up to their
 5       second floor offices, which had a completely separate
 6       entrance along with another business was there, I
 7       believe, and a bunch of Stewart employees.  We had our
 8       own locked door.  And we were there until the fire.
 9    Q   Do you recall when it was that you moved back to the
10       Wetmore address after being in that office five miles
11       away?
12    A   No, other than it was a couple years before June of 2008.
13    Q   So maybe sometime in '06?
14    A   That would be a guess I wouldn't disagree with.
15    Q   And when you moved back to the Wetmore address after
16       being in the office five miles away, they put you back in
17       the basement?
18    A   I believe so.
19    Q   And how many people could work down there?
20    A   The basement was big.  Under our floor plans I could have
21       probably had six or seven in there.
22    Q   How many typically worked there?
23    A   I typically had two or three and then the managers
24       visiting, from Jason to myself, with our own desk.
25    Q   So did Jason not typically work there?
```

70

```
1    A    He typically worked there, and for a while, he may have
2         been the only employee.  But near the -- in 2008, he
3         typically did not work there on a daily basis.
4    Q    Where was he working?
5    A    He worked out of his home and out of that office
6         partially.  And I believe that was -- those were the only
7         locations for him.
8    Q    Either his home or the Wetmore address?
9    A    Correct.
10   Q    Starting when?  Early '08?
11   A    Late '07 or early '08, is my best recollection.
12   Q    Had Amber continued to work full-time in the Everett
13        office until the fire?
14   A    Yes, for the most part, but I don't think she was there
15        five days a week.  But I have to check with Jason since
16        he was managing her.
17   Q    Did she work elsewhere or was her job not full-time?
18   A    Her job was full-time.  She would have either been in
19        that office or doing some work from home.
20   Q    The majority of her work was in the Stewart Title office?
21   A    Yes, correct.
22   Q    And then sometime -- I guess my question is when you
23        moved out of the basement into a second-floor office with
24        a completely separate address.
25   A    Address is the same, I believe.
```

71

1    Q    Oh, completely separate entrance?

2    A    Yes.

3    Q    All right.  And when was that move?

4    A    In that same time period, I think I said maybe two years

5         before, at least one year before the fire.

6    Q    And I thought you moved back to Wetmore two years before

7         the fire and then sometime after that moved out of the

8         basement into the second floor office.

9    A    I don't know how long we were in the base -- basement the

10        second time.  We were there the first time a long time.

11        But those time frames are about right.  I don't have the

12        exact dates, Stewart might.

13   Q    Did they charge you different rent to be in the basement

14        than to be in the second-floor office?

15   A    I'm not sure, but they did charge us different rent to be

16        in the larger space.

17   Q    Was the second-floor office the larger space?

18   A    No, the basement was larger.

19   Q    What was the larger space?

20   A    The larger...?

21   Q    You said they charged you more to be in the larger space

22        --

23   A    The -- the --

24   Q    What space is that?

25   A    The largest space that we occupied was the completely

73

1    A    Most of our records were stored with their records in the

2         basement, but they kept switching the basement from

3         storage to our office.

4    Q    At the time of the fire, where were your records?

5    A    I believe everything was exclusively in the basement at

6         that time.

7    Q    Who would know for sure?

8    A    I would be responsible for knowing.  Carl -- Carl

9         Jorgensen would know what the office configuration looked

10        like.  Probably Amber.

11   Q    And what records did you have at the office?

12   A    So, our records were very limited, and that's very, very

13        different than the title company.  We might have had the

14        statements showing when the charges were made, under our

15        control in their basement, just be a box or two total,

16        Bankers Box or two.

17             Then we had a, I would call tremendous amount, they

18        might not, amount of documents, the trustee documents,

19        where we prepared the reconveyance.

20             But we put together all of the documents that they

21        needed to keep, boxed them up, notated the outside of the

22        box what the file was for, and then we gave it to Stewart

23        Title as we gave to Fidelity and other clients as well.

24        And they would then keep it there.

25             I believe it was kept with our reconveyance material,

77

```
 1   A   The backup for the documents, I mean, we sent letters, we
 2       may have retained some.  That was probably on the
 3       computer.  We probably did not maintain a piece of paper
 4       that showed letters or other documentation.
 5   Q   So if you or Amber wrote a letter to a bank or trustee to
 6       follow-up on the status of a reconveyance, most likely
 7       that was preserved on a PC and not photocopied and put in
 8       a box in the basement at Stewart Title?
 9   A   Correct.  It would be preserved probably till the next
10       letter went out to that company, where it would be
11       redated.  I don't think we saved every additional copy,
12       even a soft copy of that, of every letter that went out,
13       but the log was notated each time.
14   Q   What I'm trying to understand is, what backup documents
15       were in these two Bankers Boxes that you say were
16       destroyed in the fire?
17   A   The copy of the log, and --
18   Q   But that was available on the computers?
19   A   Correct.  And the itemized copy of the monthly charge,
20       which was a snapshot of the log at any one time showing
21       the charges for, let's say, the month of April '08.  So
22       you have those charges in the log, you also have them
23       broken out separately in a sheet, usually a spreadsheet,
24       showing each of the charges for April '08.  So we had
25       copies of that.  You'd call them photocopies.
```

1    the title company, what I consider the title company

2    boxes.  We would not maintain those files.

3  Q  Did you periodically return boxes or folders of

4    information or documents to Old Republic Title?

5  A  To most clients, yes.  To Old Republic, I can't -- can't

6    specifically recall.

7  Q  So for Old Republic and other customers, there wouldn't

8    have been any of those documents in the Stewart Title

9    building at the time of the fire?

10  A  There may have been some documents that were being

11    actively worked on for Stewart Title and for other

12    clients, that could have been in the fire.  I don't think

13    we would typically store our Old Republic files at

14    Stewart Title; our Old Republic-owned documents at

15    Stewart Title.

16  Q  Were there at any time any documents to reflect the

17    additional charges that PCD claims it had a right to

18    collect other than the $20 base fee?

19  A  Yes.

20  Q  Where would those documents be?

21  A  There would be e-mails from Fidelity specifically

22    authorizing those charges.  Probably from Stewart.

23    Possibly First American.

24  Q  Anything other than e-mails?

25  A  E-mails and the log, again, that each client reviewed.

8/2/2010 Videotaped Deposition of Troy X. Kelley - Attorneys' Eyes Only
Case 2:10-cv-00006-JCC Document 26-1 Filed 08/25/10 Page 46 of 113

109

```
 1        beginning, so I think we started with them maybe in '03

 2        or '04, probably '03.

 3   Q    Did you save a copy of that e-mail?

 4   A    I don't have a copy, no.

 5   Q    Did you ever have a copy of the e-mail?

 6   A    Yes, as long as we had the information on the server, I

 7        kept it.

 8   Q    What would happen to the e-mail?

 9   A    When we turned off the server, I don't know if it's still

10        up there, hopefully there --

11   Q    "The server" meaning your ...?

12   A    The web page.  When the company was folded down in June,

13        I turned off the -- the web page, but I assume Fidelity

14        retained a copy of that.  They specifically requested the

15        e-mail, they got the e-mail.

16   Q    So when you shut down your website, you lost all of your

17        company e-mails?

18   A    I did not have them backed up any other way.  And there

19        -- there wasn't that much e-mail traffic.

20   Q    Did it occur to you that you might be eliminating or

21        destroying or discarding some e-mails that you might want

22        to have later?

23   A    No.

24   Q    Did you know at the time you shut down the website that

25        you would lose all your e-mails?
```

110

1   A    No, I did not.

2   Q    When did you learn that?

3   A    When we tried to get the e-mails.  So, several months

4        later.

5   Q    Do you use Outlook?  Do you use --

6   A    No, I --

7   Q    -- Windows Outlook?

8   A    Nope.

9   Q    What do you use?

10  A    I use a web-based program.  At Yahoo.  Yahoo hosts the

11       website.  I have an Outlook account within the

12       legislature, that's, I think, the only time I use

13       Outlook.

14  Q    So before your home PC no longer functioned, did it have

15       copies of any e-mails that you sent or received?

16  A    No, the home PC did not.

17  Q    Did any other PC that you had access to have copies of

18       any e-mails that you sent or received at any time?

19  A    No.  No PC that I had ever had e-mails.  Everything was

20       web based.  My campaign e-mails are still the same way,

21       web based 100 percent.

22  Q    Why did you close down your business website in

23       June 2008?

24  A    Because the business was closing down.

25  Q    When did you make the decision to close down the

```
 1        business?
 2    A   I'm not sure about when the final decision was.  I was
 3        thinking about closing it down in April, well, actually
 4        early May.  Early May, for the first time we saw the
 5        numbers really take a dive.
 6    Q   What numbers took a dive?
 7    A   The order numbers from each of our offices.  And we had
 8        just lost Fidelity as the -- as the large account.  We
 9        just lost Fidelity Lynnwood as a client.
10    Q   So started thinking about it in early May.  When was the
11        actual decision made to close down the business?
12    A   I mean, the actual final decision was probably right
13        after the -- the fire.  But even without the fire, I
14        think we would have closed the business.
15    Q   Why did you continue the business in one state and close
16        it in Washington?
17    A   Because the structure of the business was very different
18        in Oregon.  So I decided to start a new business, similar
19        clients, and they really wanted me to keep working,
20        though the business was structured very, very differently
21        at that time.
22    Q   Was it more profitable for you to do the Attorney Trustee
23        Services reconveyance business in Oregon than it had been
24        to do the same business in Oregon through PCD?
25    A   With regard to the same business, pretty similar.  It was
```

8/2/2010 Videotaped Deposition of Troy X. Kelley - Attorneys' Eyes Only
Case 2:10-cv-00068-JCC Document 20-1 Filed 08/25/10 Page 49 of 113

136

1  ask, from their perspective, Tell me about your business

2  relationship with PCD and ATS, you think these three

3  people would have the most knowledge?

4  A  Yes.  I don't know if they'd answer you, but yes.

5  Q  Did you provide any computers, cell phone or other office

6  equipment to any of your employees at any time?

7  A  Cell phones, no.  Most of the computers were housed or

8  hosted by the title companies, so we used their

9  computers.

10  Q  How about landline phones, if not cell phones?

11  A  Those were exclusively paid for and set up by title

12  companies, with the possible exception of Bellingham,

13  which I don't remember the fax.  That was a while ago.

14  Q  Did you have any computers that you provided in the

15  Stewart Title offices in Everett?

16  A  We had computers that were provided to us, and I had one

17  laptop that -- that we had up in that office.

18  Q  Who provided the computers to you?

19  A  All the desktops were provided by Stewart Title, and the

20  one laptop was provided by me.

21  Q  Who used the laptop?

22  A  Myself.  Probably Amber, or maybe not Amber, but

23  possibly.  And probably Jason.

24  Q  And where is that laptop now?

25  A  That was in storage as well.  That was burned in the

137

```
 1        fire. But I would guess that Stewart had backups of the

 2        records when we used their computers.

 3   Q    Were the computers that you used at Stewart Title through

 4        the years part of their local area network?

 5   A    Yes and no.  I believe they were in the -- the land

 6        sometimes.  And I believe other times, for security

 7        reasons, they had us outside the network but on their

 8        Internet.

 9   Q    And when you say your laptop was in -- in storage and

10        burned up in the fire, where physically was it when the

11        fire took place?

12   A    Everything was in the basement, which, you know, served

13        as an office.

14   Q    And how about the computers that were being used by your

15        people?

16   A    The -- the main computer, I don't recall, but I have no

17        reason to guess it wasn't in the main office.

18   Q    Which is that second-floor office?

19   A    Correct, second-floor office.

20   Q    And how many computers were your people working with or

21        using at that time, at the time of the fire?

22   A    Just the two, and the main computer was the Stewart

23        computer.

24   Q    No, I'm talking about the actual keyboards and monitors

25        that your people used at Everett at the time of the fire.
```

Case 2:10-cw-01219-RSL Document 22-1 Filed 08/23/10 Page 51 of 113

138

1    A    One desktop, keyboard, monitor, and then one laptop.

2    Q    Okay. And before the fire took place, somebody walked to

3         the building next door and put it in the basement?

4    A    No, no, we had a lot of stuff in storage there --

5    Q    Why was --

6    A    -- that we weren't using.

7    Q    -- the laptop in storage?

8    A    That's where we kept it.

9    Q    Did you ever use the laptop?

10    A    I did when I was there. Jason did. And I think when the

11        other computers went down, sometimes Amber did.

12    Q    So when you would stop in at the Stewart Title office,

13        would you go retrieve the laptop from the basement?

14    A    Yes.

15    Q    And then you'd bring it up into the second floor of the

16        building next door?

17    A    Yes.

18    Q    And then when you left, you would go to the Stewart Title

19        main office, into their basement and put the laptop there

20        before you left?

21    A    Yeah, there was a stairway adjoined between the two.

22        Separate front entrance of both buildings, but there was

23        an interior stairway. It may have even got exterior for

24        a little bit, but there was a -- there was a connection

25        between the two buildings.

1  Q   But you would go to the trouble of putting the laptop

2      that you were using while you were in the office into the

3      basement of the building next door?

4  A   Only if I wasn't going to be back for a quite a while,

5      so, you know, a month or so.  If I was going to be back

6      in a week, I'd just leave it up there.

7  Q   Are you confident that the laptop was in the basement at

8      the time of the fire and not next to the desk or chairs

9      or other desktop PC in the second floor of the building

10     next door?

11 A   I think it was, but no, I can't say for sure.

12 Q   Who might know?

13 A   Management of the building, I guess.  Whoever does

14     property management there.  That would be either Carl

15     Jorgensen or his designee.

16 Q   And what happened to the stand-alone computer that was

17     being used by your folks after the fire?

18 A   I don't know.  I believe it's still there.  May be smoke

19     damaged, but that part of the office did not burn.

20 Q   So the only fire damage was not to the place where you

21     had your office but to the storage room in the basement

22     of the building that experienced the fire?

23 A   I believe there was fire damage in the office, but the

24     only complete destruction was of the entire Stewart

25     complex including the basement, including title files,

1      action lawsuits when I closed the business.

2  Q   Where would you say PCD's principal place of business was

3      through the years?  And if it changed, what was the

4      change?

5  A   Principal in terms of corporate records or in terms of

6      where we did most of our business?

7  Q   If you're filling out a form and it said, "What's your

8      principal place of business," what would you fill in the

9      blank?

10  A   If it was a government form and I had to get the

11      documents mailed back to me, I'd probably put my home

12      address so the documents don't get lost like in the past.

13          If it's where we did all our business, I'd probably

14      say Everett, the first office, and the office we had all

15      of -- till the very end.

16  Q   In terms of places of operation, has it always been the

17      Everett office while PCD was in business?

18  A   Yeah, the -- the Everett office and the various places

19      they moved us to.  Our main clients were in Everett,

20      Lynnwood, and that was really it in terms of market

21      share.  That's where we were really based.

22  Q   Why didn't you use that as a mailing address?

23  A   I didn't want stuff getting lost as it had previously

24      when I used Pine Street.

25  Q   Where were you when the Stewart Title building burned

144

```
 1        down?
 2    A   At home.
 3    Q   When did you first hear about the fire?
 4    A   I think I saw it on television.
 5    Q   And when did you first go up and to the building?
 6    A   I think I waited a week or so.  I wanted to make sure
 7        that I could at least get into the office, if possible,
 8        or see what was going on without interfering with the
 9        recovery efforts.
10    Q   When did you first learn that you'd lost anything in the
11        fire?
12    A   I think when I went up there.  So again, I didn't know
13        the situation.  I didn't know what was burned.  I didn't
14        know our part of the office was even standing.  So I was
15        able to go look through everything at that point.
16    Q   So the place where you had your office was relatively
17        unscathed, there was no fire in that building?
18    A   It was adjoining, it's the same building.  So there was
19        smoke damage.  It was uninhabitable.  You could go in for
20        short periods of time.  So it was damaged, but it wasn't
21        burned to the ground like the remainder of Stewart Title.
22    Q   But -- but whatever papers were in that other office were
23        not burned?
24    A   Correct, the papers did not burn in that other office.
25    Q   I mean, there wasn't a fire physically in the office
```

 1    where you were located?

 2  A   Correct.  Correct.

 3  Q   Okay.  And you said the computer was smoke damaged but

 4      not damaged beyond being able to work?

 5  A   I didn't see it.  I -- the computer was removed at that

 6      point.  I don't think -- I have no reason to believe the

 7      computer was fire damaged.

 8  Q   Or any reason to believe that it did not work?

 9  A   No.

10  Q   No reason to believe that?

11  A   Correct, no reason to believe the computer did not work.

12  Q   Describe your relationship with Amy Cobine and her

13      company that had the same name, a Post Closing

14      Department.

15  A   First, The Post Closing Department is a name that every

16      title company seems like they're taking these days.

17      First American uses it.  Fidelity uses it.  Not sure

18      about Old Republic.

19         They set up subsidiaries based on that because it's

20      something that happens after closing.  Amy Cobine had the

21      same exact name or similar, maybe not exactly the same,

22      name of the company.

23         She was a --

24  Q   Let me interrupt if I can.

25         Do all companies that have sort of post closing

1    A    Yes.

2                   MR. SMITH:  We'll go ahead and take a break.

3                   THE VIDEOGRAPHER:  Going off the record.  Time

4         is 1:55 p.m.

5                        (Recess taken from 1:55 to 2:09 p.m.)

6                   THE VIDEOGRAPHER:  Back on the record.  Time is

7         2:09 p.m.

8

9              E X A M I N A T I O N  -  (Continuing)

10   BY MR. SMITH:

11   Q    Okay.  Mr. Kelley, we're back on the record.

12             Of the $3.8 million that you transferred ultimately

13        into a Vanguard account in June 2008, have you

14        transferred or moved any of those funds into any foreign

15        or overseas accounts.

16   A    On advice of counsel, I can --

17                   MS. ENDEJAN:  Well, okay.  Let's -- you're

18        getting into an area where, first of all, A, I want the

19        record to reflect, if you're going to start inquiring

20        about his bank accounts or financial information, I want

21        this portion of the transcript designated as

22        confidential.

23             And, B, he -- we're not talking about this counsel

24        when he's talking about counsel.  So to the extent you

25        ask him questions that relate to advice he received from

1    other attorneys, I'll do the best that I can to assert

2    that.

3         But I just wanted to be clear on those two points,

4    that if you're going to ask about bank records and bank

5    accounts, that's confidential; and he will explain to

6    you, I guess, who this other attorney is and --

7              MR. SMITH:  Okay.  And I think you're permitted

8    to designate anything you want as confidential --

9              MS. ENDEJAN:  Okay.

10             MR. SMITH:  -- if we don't agree, we can --

11             MS. ENDEJAN:  Right.

12             MR. SMITH:  -- talk about it later.

13             MS. ENDEJAN:  Right.  But --

14             MR. SMITH:  That's fine.

15             MS. ENDEJAN:  -- I just wanted the record to

16   reflect --

17             MR. SMITH:  Yeah.  Yeah.

18             MS. ENDEJAN:  -- that, I don't know how far

19   you're going with this, but starting now, I want it

20   confidential.  Okay?

21             MR. SMITH:  You don't need my agreement.  You

22   can designate anything you want to be confidential.

23             MS. ENDEJAN:  Well, I'm doing it.

24             MR. SMITH:  Yes.

25   Q    (By Mr. Smith)  Okay.  Question still stands.

8/2/2010  Videotaped Deposition of Troy X. Kelley - Attorneys' Eyes Only
Case 2:10-cv-00055-DER   Document 29-1   Filed 08/25/10   Page 58 of 113

154

1   A   I work with an estate and trust attorney, and there is a

2       very small amount of money that was transferred to an

3       account to keep it active.  I think $3,500 was

4       transferred to a foreign bank account.

5   Q   And when were the -- just under $10,000?

6   A   Yes.

7   Q   And when was the money transferred there?

8   A   Approximately June or July.

9   Q   Of what year?

10  A   Of 2008.  And --

11  Q   What was the purpose --

12  A   And it may be after that as well.  I'm not sure, with

13      timing, on how long these things get -- take to get set

14      up, but that's when he was giving advice, and that's when

15      the account was meant to be set up.  It may have been

16      several months after that.

17  Q   And where is the account?

18  A   The account is in Belize.

19  Q   Have you ever been to Belize?

20  A   Never been to Belize.

21  Q   Why Belize?

22  A   Advice of counsel, the estate and trust attorney.

23             MS. ENDEJAN:  Well, don't -- to the extent,

24      don't disclose any counsel-given advice.

25             THE WITNESS:  Okay.

155

1                MS. ENDEJAN:  Okay?

2                THE WITNESS:  Okay.

3                MS. ENDEJAN:  I mean, anything he said --

4                THE WITNESS:  On the advice of counsel, then, I

5    guess --

6                MS. ENDEJAN:  -- to you is protected by an

7    attorney-privilege.

8                THE WITNESS:  Okay.  I have no special

9    knowledge in this area, so on advice of counsel, that's

10    -- that's why the money is there.

11  Q    (By Mr. Smith)  Do you have any plans to transfer any

12      additional funds to that account at any time?

13  A    No.

14  Q    Do you think you will be doing that at any time?

15  A    I do not think I will be transferring money there.

16  Q    Is the account set up in your name?

17  A    Again, on advice of counsel, I'm not sure the specifics.

18  Q    I'm just asking you the name of the account holder.

19  A    I -- I don't know the name of the exact account holder.

20      I assume it's not for a third party unrelated to me,

21      though.  But I don't know if it's in my name or how he

22      set it up.

23  Q    Have you ever heard of Wellington Trust?

24  A    Yes.

25  Q    Is that the name of the account holder?

```
 1   A    That's the name of the trust, but I'm not 100 percent

 2        sure that's the name of the account holder.

 3   Q    What is the Wellington Trust?

 4   A    On advice of counsel, he set up a trust for me based on

 5        estate planning.

 6   Q    Are you concerned that your income or your assets may

 7        exceed the federal taxation guidelines for estates?

 8   A    Not during this year.  It's very problematic, what's

 9        going to be done in the future.  It may exceed it, it may

10        not.  I don't think this transaction has anything to do

11        with that.

12                  (Exhibit Number 1 marked.)

13   Q    (By Mr. Smith)  I'm handing you what's been marked as

14        Exhibit 1.  Do you recognize this as a page from United

15        National's web page?

16   A    No, I do not.  What this appears to be to me is a page

17        that was worked out and put up on the work site.  I don't

18        know if it was ever up on the public site, per the, you

19        know, never being able to do business with the Cobines.

20   Q    Read the first sentence, please.

21   A    "Amy Cobine is Division President responsible for post

22        closing services."

23   Q    And this is United National, correct?

24   A    This is correct.  But again, I do not know if this was

25        ever publically posted on the website.
```

171

1    Q     Did you ever do any business in Utah?

2    A     Yes.

3    Q     None with Amy Cobine?

4    A     Not that I can recall, unless I outsourced some of the

5          work.

6    Q     Mr. Kelley, do you remember leaving a voicemail message

7          for Carl Lago on June 27, 2008?  This would be two days

8          after the fire.

9    A     No, but I may have.  And I thought I talked to him at

10         that point.  I think I did, actually.

11   Q     In -- in the voicemail message, which he saved a copy of,

12         you're telling him you're on vacation.  Were you on a

13         vacation or were you at home?

14   A     I'd have to look at my calendar.

15   Q     You testified earlier today that you were at home at the

16         time of the fire.

17   A     At the time of the fire, correct.

18   Q     Were you on vacation two days later?

19   A     I'd have to check my calendar.

20   Q     You left a voicemail message for Patty Leveck, I can't

21         remember if it was that day or the day after, saying

22         you're not only on vacation but you're out of the

23         country.

24               Were you out of the country in June 2008?

25   A     I'd have to look.

1   Q   When was the last time you traveled out of the country?

2   A   Traveled out to France in June of last year, the year

3      before. I'd have to see if that was when the trip was.

4      Probably wasn't in June of '08, though, I don't think,

5      unless I was up in Canada. I wouldn't travel out during

6      an election year, most likely.

7   Q   Do you think that was not a correct statement when you

8      told Carl and Patty Leveck that you were on vacation or

9      out of the country?

10   A   I don't know about on vacation. Out of the country, I'd

11      have to check. That should be easy enough to verify.

12   Q   Wouldn't you have a memory if you were out of the

13      country? That -- I mean, to me that's a big deal, travel

14      out of the country, unless I'm going up to -- short trip

15      in Canada.

16   A   Been to Canada a couple times. Travel down to California

17      to see my parents. I go to Mexico. Europe is a big --

18      big trip, obviously. Been to Korea several times with

19      the Army, five times now. I don't think that matches up

20      with any of those times.

21   Q   June '08 was a pretty big month, wasn't it?

22   A   Yes.

23   Q   Probably the most significant month in your -- your life

24      of United National?

25              MS. ENDEJAN: Object to the form of the

1     question.

2           THE WITNESS: We were picking up a new client

3     and losing a business, yeah, those are big months. But

4     it's easy enough to verify. I mean, I can go back and

5     see what I can find on the calendar to see if I was on

6     vacation or not.

7    Q   (By Mr. Smith) Can you do that?

8    A   I assume I was on vacation if I said I was. I'm not sure

9     about out of the country. If I said that, I guess you'll

10    show me.

11   Q   Will you let counsel know?

12          MR. SMITH: And, Judy, will you let us know if

13     he's out of the country?

14          MS. ENDEJAN: Sure.

15          MR. SMITH: Thank you.

16          MS. ENDEJAN: June 27th, '08.

17          (Exhibit Number 8 marked.)

18   Q   (By Mr. Smith) Exhibit 8 is a letter dated

19     October 1, 2008, from Tom Loeser to -- I'm sorry, it's

20     addressed to Tom Loeser from Tom Garardi.

21     Who is Tom Garardi?

22   A   He's an attorney in California.

23   Q   Have you seen this letter before?

24   A   Yes.

25   Q   And do you recognize the name Tom Loeser?

180

1      speculate.

2   Q   The spreadsheet would have also been on computers used by

3      some of your employees, correct?

4   A   Correct.

5   Q   Did you make any inquiry whether those employees still

6      had a copy of these spreadsheets on their computers

7      before your attorney represented that all of your records

8      were destroyed?

9   A   Yes.

10  Q   And what did you learn?

11  A   I went to Stewart, asked for the file and learned that

12     they had moved the computer, and they had taken it back

13     in.  I'm not sure if they cleaned it or whatever.  But

14     they have the computer.  So I don't know if I can get

15     access to it, but again, it's out of my control.

16         With the laptop, the laptop is gone.  We were not

17     able to recover that.  So those were the computers where

18     I believe the files were held.  Plus it was on the Yahoo

19     website.

20  Q   Plus it was on the desktop computer at Stewart Title?

21  A   Yeah.  That was the second computer, yes.

22  Q   And, I'm sorry, you did or didn't make an inquiry of

23     Stewart Title, that, Hey, I've got a pretty critical

24     document, I'd really like to download it, may I please do

25     that?  Can you help me find that computer?

185

1   A   Several Bankers Boxes, I think there was more than two.

2   Q   You testified there were two previously.  Are there now

3       more than that?

4   A   I mentioned that there was approximately two, in terms of

5       our records, but many more records of the title companies

6       that were there.  More than a dozen, I believe I said.

7   Q   Would you have been putting your bank records into the

8       title company boxes of records?

9   A   Not in the title company boxes of records, no.  Separate

10      shelf space.

11  Q   In June 2008, you wire transferred funds from your

12      Columbia general bank account, actually from your three

13      separate bank accounts for Fidelity, Stewart Title and

14      Old Republic, to a newly created account, correct?

15  A   Correct.

16  Q   Why did you do that?

17  A   On advice of counsel, I was consolidating the bank

18      accounts as we consolidated the business.

19  Q   How were you consolidating the business in June 11th or

20      12th?

21  A   As I mentioned, I was possibly preparing to close the

22      business.  Again, the fire wasn't the end all, be all.

23      The business was probably going to close, that just made

24      the decision very easily -- easy.

25  Q   So what role did the fire have in your decision to shut

188

1  Q   Where was that account located?

2  A   Tacoma.

3  Q   Tacoma area?

4  A   Yeah.

5  Q   And again, this was in the name of United National?

6  A   The first transfer was in terms of consolidating under

7      Post Closing, under one umbrella.  And then the second

8      was closing out the division and transferring the money

9      to United National.

10 Q   When you started this series of wire transfers, who did

11     the money belong to, the $3.8 million?

12 A   The money was earned, so it belonged to my company.

13 Q   Which is?

14 A   The United National.

15 Q   And -- and then what would United National do with it?

16     Distribute it to its shareholders?

17 A   Correct.

18 Q   When -- when did United National realize that income?

19 A   The income was earned, but not realized, based on --

20     based on advice of counsel and --

21 Q   When --

22 A   -- estate planning.

23 Q   When was it realized?

24 A   That income has still not been realized, on advice of

25     counsel and private letter rulings.

8/2/2010 Videotaped Deposition of Troy X. Kelley - Attorneys' Eyes Only
Case 2:10-cv-00063-per Document 29-1 Filed 08/25/10 Page 67 of 113

189

1    Q    When is it going to be realized?

2    A    Under advice of counsel, I don't know exactly.

3              MS. ENDEJAN:  Well, if it's -- in order to

4    answer the question, if you have to reveal confidences

5    from your -- your attorney, then don't answer the

6    question.

7              THE WITNESS:  Okay.  So on advice of counsel --

8    Q    (By Mr. Smith)  Do you have any intention of paying taxes

9         on that money?

10   A    Yes.

11   Q    When?

12   A    On advice of counsel, when he tells me to.

13   Q    Any estimate of whether that will be one year, two years,

14        ten years?

15   A    My general understanding?

16              MS. ENDEJAN:  Your --

17              THE WITNESS:  On the advice of counsel...

18              MS. ENDEJAN:  If you have a general

19   understanding other than from what you learned from

20   counsel, just you, Troy Kelley's understanding.

21              THE WITNESS:  My understanding of the private

22   letter rulings is that it will be -- it's already earned,

23   but it will be realized over time.

24   Q    (By Mr. Smith)  Private letter rulings written by whom?

25   A    Those private letters rulings were written by the IRS to

```
 1        personal accounts?

 2   A    It would have been transferred to a company account

 3        first, when the income was realized.

 4   Q    And then what?

 5   A    And then it would have been transferred to shareholders,

 6        including myself.   But --

 7   Q    Any other shareholders of Blackstone?

 8   A    No.

 9   Q    Okay.  So any transfers of an asset to Blackstone is

10        essentially a transfer of money to you?

11   A    I am the sole owner of Blackstone.

12   Q    Have you always been?

13   A    I'd -- I believe so.

14   Q    After you wired the funds to US Bank, that was a newly

15        created account, wasn't it?

16   A    Yes.

17   Q    You then wired it, as soon as it cleared, into another

18        account in Nevada, correct?

19   A    Yes.

20   Q    And this account was the name of Blackstone

21        International?

22   A    Yes.

23   Q    Is that company still in existence?

24   A    Yes.

25   Q    And then you formed a new company, that same month of
```

193

```
 1            June, called Berkeley United?
 2    A    My estate attorney did.
 3    Q    Was the new company formed for you, Mr. Kelley?
 4    A    Yes.
 5    Q    Did you typically form your companies or did you have
 6         outside counsel do that?
 7    A    Typically, I formed them.
 8    Q    But this one was formed by a lawyer you hired for you?
 9    A    Correct.
10    Q    And we're talking about Mr. Eber?
11    A    Correct.
12    Q    Why were the funds transferred to Berkeley United?
13    A    Advice of counsel.  I don't know.
14    Q    Why did you go to the trouble of creating a new account
15         called -- a new company called Berkeley United to hold
16         the -- the majority of the $3.8 million?
17    A    Estate planning, on advice of counsel.
18    Q    You studied tax, didn't you?
19    A    Yes.
20    Q    Take tax courses in law school?
21    A    Yes.
22    Q    Take tax courses in business school?
23    A    Yes.
24    Q    Got a JD/MBA?
25    A    Yes.
```

```
 1   Q    You've taught tax, Mr. Kelley.

 2   A    Yes.

 3   Q    Can you give me a good reason why you've created a new

 4        company to hold $3.6 million, received the funds after

 5        they were wire transferred through three different

 6        states, three different entities --

 7   A    Extremely argumentative --

 8             MS. ENDEJAN:  Object to the form.  Getting a

 9        little --

10             THE WITNESS:  Yeah.

11             MS. ENDEJAN:  -- argumentative here.

12             THE WITNESS:  Yeah, a little rough here.

13        So first, let me clarify, Blackstone, being a Nevada

14        corporation, could not have a Washington account; we had

15        problems, so we set up a Nevada account.

16        Second, this is for estate planning.  I'm not going

17        to tell anybody I'm an estate planner.  I had an estate

18        planning attorney.

19        I do know tax, and the tax treatment here is, I don't

20        believe that complicated, but again, the transaction was

21        set up for the estate planning.

22   Q    (By Mr. Smith)  An interest -- any interest in trying to

23        avoid payment of these funds to your creditors?

24   A    Again, based on the estate planning, I don't know what --

25        how the attorney did it or why.
```

1    not pay any consideration or provide anything in value in

2    return for its portion of the $3.8 million?

3  A   I'd say, yeah, under my knowledge or, you know, what I

4    know is, I -- I don't know.  I couldn't say no or I can't

5    say yes.

6  Q   How did you come to hire Alan Eber?  Did you know him

7    before?

8  A   I had heard the name before.  And somebody I did business

9    with or knew ten years ago or 15 years ago had mentioned

10    him.  And I recently, you know, 2008, called him and

11    started talking about structuring a transaction.  And he

12    thought I should do it immediately, but I wanted to think

13    things over.

14  Q   When did you first contact him?

15  A   Sometime in the spring of 2008.  I -- I'm not sure of the

16    date.

17  Q   And what's his specialty, to your knowledge?

18  A   Estate planning, taxes, I think.

19  Q   Do you know him to be a specialist in asset protection?

20  A   Yes, I think so.

21  Q   Has any other company requested that you return any of

22    the funds that you received from them?

23  A   No.

24  Q   Has any other company claimed that you failed to make

25    customer refunds?

294

1      the business?

2   A   If I'm on the phone, he might look at it. Broad

3      interest.

4   Q   Next is a check to ASECS. And what is that?

5   A   I think that's a professional association, like the

6      title -- title industry or another association. That is

7      my wife's association. The only reason she is in it is

8      for her own profession and business.

9   Q   So this is a professional expense for your wife, how is

10      it an expense of United National?

11   A   She's an employee, and we take care of specific

12      associations for her --

13   Q   And what --

14   A   -- as a courtesy.

15   Q   -- does ASECS stand for?

16   A   I don't know.

17   Q   Did you pay any other professional dues or society

18      expenses for any of your other employees, other than your

19      wife, as a business expense of United National?

20   A   I may have paid other expenses. You have the checks, you

21      looked at them more recently than I have.

22   Q   Point Defiance Zoo Society. What's that for?

23   A   Probably a contribution.

24   Q   Not annual dues to go visit the zoo with your kids?

25   A   I don't know. It might be a membership.

# EXHIBIT 22

```
 901                    UNITED NATIONAL LLC                    3/17/10
02607                                                          PAGE   1
        ISSUED CHECK REPORT 6/25/2008-06/25/2008
 CK #     DATE          PAYEE            DIR DEP AMT   CHECK AMT  CHECK TYPE
------  --------  -----------------     -----------  ----------  ----------

*** COLUMBIA STATE BANK 7000305529
        6/25/2008 KELLEY, TROY X          1,264.52       0.00
        6/25/2008 BELL, JULIE M           1,181.11       0.00
        6/25/2008 JERUE, JASON J          1,989.23       0.00
        6/25/2008 HAMAKER, SUZETTE M        243.01       0.00
        6/25/2008 ODELL, ASHLEY K           427.95       0.00
        6/25/2008 MCCULLOCH, AMBER E      1,142.20       0.00
        6/25/2008 MURRAY, AMBER D         1,415.68       0.00
        6/25/2008 GROVE, CHRISTINA L      1,142.72       0.00
        6/25/2008 COEN, DANIEL P             34.49       0.00
        6/25/2008 ELECTRONIC IMPOUND           0.00   3,169.22  TAX PAY
        6/25/2008 ACH P/R FEES                 0.00      40.58  ACH FEES
        --------------------------------------------  ----------
               COMPANY TOTAL:      DIRECT DEPOSIT     8,840.91
                              ACH PROCESSING FEES        40.58
                              ELECTRONIC IMPOUND      3,169.22
                                                   ============
                                                     12,050.71
```

ISSUED CHECKS

# EXHIBIT 25



**Columbia Bank**
You'll Notice The Difference.

Direct Inquiries to:
Broadway
(253)305-1940
1102 Broadway
Tacoma, WA 98402

UNITED NATIONAL LLC                      3340
DBA POST CLOSING DEPT., ORT-WA (PCD)
2521 FREMONT ST
TACOMA WA  98406-1614

**STATEMENT OF ACCOUNT**

Statement Date:              06/30/08
Last Statement Date:         05/31/08
Account:                      1629

Watch your money, and the
environment, grow green!



Please visit www.ColumbiaBank.com for details.

## SUMMARY OF ACCOUNT BALANCES

| Account Name | Account Number | Ending Balance |
|---|---|---|
| Small Business Checking | 1629 | $-8.00 |

### SMALL BUSINESS CHECKING

| Account Number | 1629 | | |
|---|---|---|---|
| | | Beginning Balance | $35,629.00 |
| Low Balance | $0.00 | **Credits** | |
| | | Deposits | $10,657.00 |
| | | ACH Credits | $0.00 |
| | | Other Credits | $894,859.29 |
| | | Total Credits | $905,516.29 |
| | | Total Maintenance Fees | $8.00 |
| | | **Debits** | |
| | | ACH Debits | $0.00 |
| | | Other Debits | $940,190.29 |
| | | Electronic Checks | $0.00 |
| | | Checks | $955.00 |
| | | Total Debits | $941,153.29 |
| | | **Ending Balance** | **$-8.00** |

### DEPOSITS

| Date | Description | Amount |
|---|---|---|
| 06-06 | Deposit | $2,030.00 |
| 06-09 | Deposit | $8,627.00 |
| | **Total Deposits:** | **$10,657.00** |

### OTHER CREDITS

| Date | Description | | Amount |
|---|---|---|---|
| 06-03 | Trf from Reserve | From IMMA 3088 | $8,700.00 |
| 06-05 | Trf from Reserve | From IMMA 3088 | $750.00 |
| 06-06 | Trf from Reserve | From IMMA 3088 | $205.00 |

Thank you for choosing Columbia Bank as your financial partner.          ColumbiaBank.com          Member FDIC          Page 1 of 2

**COLUMBIA 010094**

 **Columbia Bank**
You'll Notice The Difference.

**STATEMENT OF ACCOUNT**

| Statement Date: | 06/30/08 |
|---|---|
| Account: | 1629 |

| Date | Description | | Amount |
|---|---|---|---|
| 06-09 | Trf from Reserve | From IMMA ▇3088 | $6,254.73 |
| 06-12 | Trf from Reserve | From IMMA ▇3088 | $878,949.56 |
| | | **Total Other Credits:** | **$894,859.29** |

## OTHER DEBITS

| Date | Description | | Amount |
|---|---|---|---|
| 06-02 | Trf to Reserve | | $25,629.00 |
| 06-03 | Online Transfer W/D | | $8,700.00 |
| 06-09 | Online Transfer W/D | | $8,284.73 |
| 06-10 | Online Transfer W/D | | $2,420.00 |
| 06-10 | Online Transfer W/D | | $2,736.00 |
| 06-10 | Trf to Reserve | | $3,471.00 |
| 06-12 | Wire Transfer Out | United National LLC WIRE XFER | $888,949.56 |
| | | **Total Other Debits:** | **$940,190.29** |

## CHECKS

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2835 | 06-05 | $110.00 | 2858* | 06-06 | $205.00 | 2865* | 06-05 | $640.00 |

*\* indicates skip in check sequence*                     **Total Checks: $955.00**

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06-01 | $35,629.00 | 06-05 | $10,000.00 | 06-10 | $10,000.00 |
| 06-02 | $10,000.00 | 06-06 | $12,030.00 | 06-12 | $0.00 |
| 06-03 | $10,000.00 | 06-09 | $18,627.00 | 06-30 | $-8.00 |

## MAINTENANCE FEES

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-30 | Service Charge | $8.00 | | | |

The following is a description of the maintenance fees.

| | |
|---|---|
| Maintenance Fee | $8.00 |
| Debit Items | $0.00 |
| Credit Items | $0.00 |
| OnUs Deposits | $0.00 |
| Earnings Credit | $0.00 |
| | |
| Total Service Charge: | $8.00 |

**COLUMBIA 010095**



## Columbia Bank
### You'll Notice The Difference.

Direct Inquiries to:
Martin Luther King
(253)597-8000
1102 Martin Luther King Jr Way
Tacoma, WA 98405

UNITED NATIONAL LLC                 3415
DBA: POST CLOSING DEPT STC-E PCD
2521 FREMONT ST
TACOMA WA  98406-1614

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Statement Date: | 06/30/08 |
| Last Statement Date: | 03/31/08 |
| Account: | 8074 |

Watch your money, and the
environment, grow green!



Please visit www.ColumbiaBank.com for details.

### SUMMARY OF ACCOUNT BALANCES

| Account Name | Account Number | Ending Balance |
|---|---|---|
| Small Business Checking | 8074 | $0.00 |

### SMALL BUSINESS CHECKING

| Account Number | 8074 |
|---|---|
| Low Balance | $0.00 |

| | Amount |
|---|---|
| Beginning Balance | $10,000.00 |
| **Credits** | |
| Deposits | $0.00 |
| ACH Credits | $0.00 |
| Other Credits | $531,205.32 |
| Total Credits | $531,205.32 |
| Total Maintenance Fees | $0.00 |
| **Debits** | |
| ACH Debits | $0.00 |
| Other Debits | $537,705.32 |
| Electronic Checks | $0.00 |
| Checks | $3,500.00 |
| Total Debits | $541,205.32 |
| **Ending Balance** | $0.00 |

### OTHER CREDITS

| Date | Description | | Amount |
|---|---|---|---|
| 06-09 | Trf from Reserve | From IMMA 3088 | $5,609.14 |
| 06-12 | Trf from Reserve | From IMMA 3088 | $525,596.18 |
| | | **Total Other Credits:** | **$531,205.32** |

### OTHER DEBITS

| Date | Description | | Amount |
|---|---|---|---|
| 06-09 | Online Transfer W/D | | $5,609.14 |
| 06-12 | Wire Transfer Out | UNITED NATIONAL LLC WIRE XFER | $532,096.18 |
| | | **Total Other Debits:** | **$537,705.32** |

Thank you for choosing Columbia Bank as your financial partner.        ColumbiaBank.com        Member FDIC        Page 1 of 2

**COLUMBIA 0100318**

 **Columbia Bank**
You'll Notice The Difference.

**STATEMENT OF ACCOUNT**

Statement Date:                06/30/08
Last Statement Date:          05/31/08
Account:                        8249

Direct inquiries to:
Martin Luther King
(253)597-8000
1102 Martin Luther King Jr Way
Tacoma, WA 98405

Watch your money, and the
environment, grow green!

UNITED NATIONAL LLC                    3416
DBA, POST CLOSING DEPT FNF-L PCD
2521 FREMONT ST
TACOMA WA  98406-1614

 Grow Green

Please visit www.ColumbiaBank.com for details.

## SUMMARY OF ACCOUNT BALANCES

| Account Name | Account Number | Ending Balance |
|---|---|---|
| Small Business Checking | 8249 | $0.00 |

### SMALL BUSINESS CHECKING

| Account Number | 8249 | | |
|---|---|---|---|
| | | Beginning Balance | $20,000.00 |
| | | **Credits** | |
| Low Balance | $0.00 | Deposits | $0.00 |
| | | ACH Credits | $0.00 |
| | | Other Credits | $2,366,130.61 |
| | | Total Credits | $2,366,130.61 |
| | | Total Maintenance Fees | $0.00 |
| | | **Debits** | |
| | | ACH Debits | $0.00 |
| | | Other Debits | $2,385,612.61 |
| | | Electronic Checks | $0.00 |
| | | Checks | $518.00 |
| | | Total Debits | $2,386,130.61 |
| | | **Ending Balance** | **$0.00** |

### OTHER CREDITS

| Date | Description | | Amount |
|---|---|---|---|
| 06-02 | Trf from Reserve | From IMMA 3088 | $158.00 |
| 06-05 | Trf from Reserve | From IMMA 3088 | $120.00 |
| 06-09 | Trf from Reserve | From IMMA 3088 | $24,550.84 |
| 06-12 | Trf from Reserve | From IMMA 3088 | $2,341,181.77 |
| 06-13 | Online Transfer Dep | | $120.00 |
| | | **Total Other Credits:** | **$2,366,130.61** |

Thank you for choosing Columbia Bank as your financial partner.        ColumbiaBank.com        Member FDIC        Page 1 of 2

**COLUMBIA 0100519**


# Columbia Bank
## You'll Notice The Difference.

**STATEMENT OF ACCOUNT**

Statement Date:  06/30/08
Account:  8249

## OTHER DEBITS

| Date | Description | | Amount |
|------|-------------|---|--------|
| 06-09 | Online Transfer W/D | | $24,430.84 |
| 06-12 | Wire Transfer Out | UNITED NATIONAL LLC WIRE XFER | $2,361,181.77 |

**Total Other Debits: $2,385,612.61**

## CHECKS

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 7838 | 06-05 | $120.00 | 7903* | 06-13 | $120.00 | 7905 | 06-02 | $120.00 |
| 7891* | 06-09 | $120.00 | 7904 | 06-02 | $38.00 | | | |

*\* indicates skip in check sequence*

**Total Checks: $518.00**

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 06-01 | $20,000.00 | 06-05 | $20,000.00 | 06-12 | $0.00 |
| 06-02 | $20,000.00 | 06-09 | $20,000.00 | 06-13 | $0.00 |

**COLUMBIA 0100520**

# EXHIBIT 26

```
WELLS FARGO BANK, N.A.              PAGE 1 of 2
WESTGATE                           Account Number:              3310
P.O. BOX 6995                      Statement End Date:          06/30/08
PORTLAND, OR  97228-6995



          UNITED NATIONAL LLC
          2521 FREMONT ST
          TACOMA WA 98406-1614



     IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
     CALL: 800-225-5935 (1-800-CALL-WELLS).
     -------------------------------------------------------------------
     YOUR ACCOUNTS AT A GLANCE

     ACCOUNT                                                  ENDING
     TYPE                                                     BALANCE

     BASIC BUSINESS CHECKING                                    0.00
     ████████3310
     -------------------------------------------------------------------
     NEWS FROM WELLS FARGO
     -------------------------------------------------------------------
     BASIC BUSINESS CHECKING ████████3310

        UNITED NATIONAL LLC

        JUN 10 BEGINNING BALANCE                                 0.00
               TOTAL DEPOSITS/CREDITS                    3,788,717.15
               TOTAL WITHDRAWALS/DEBITS                - 3,788,717.15
        JUN 30 CLOSING BALANCE                                   0.00

        DEPOSITS AND CREDITS ------------------------------------------

               POSTED
               DATE     TRANSACTION DETAIL                     AMOUNT

               JUN 11   DEPOSIT                               3,500.00
               JUN 12   WT FED#00011 COLUMBIA STATE BAN
                        /ORG=UNITED NATIONAL LLC SRF# 0019
                        TRN#080612046442 RFB#              2,361,181.77
               JUN 12   WT FED#00010 COLUMBIA STATE BAN
                        /ORG=UNITED NATIONAL LLC SRF# 0018
                        TRN#080612046314 RFB#                888,949.56
               JUN 12   WT FED#00009 COLUMBIA STATE BAN
                        /ORG=UNITED NATIONAL LLC SRF# 0017
                        TRN#080612046232 RFB#                532,096.18
               JUN 13   TRANSFER FROM DDA # ████████6755      1,000.00
               JUN 20   DEPOSIT                               1,989.64

        WITHDRAWALS AND DEBITS ---------------------------------------

               POSTED
               DATE     TRANSACTION DETAIL                     AMOUNT

               JUN 12   WIRE TRANS SVC CHARGE - SEQUENCE:
                        080612046232 SRF# 0017
                        TRN#080612046232 RFB#                  - 10.00


     -------------------------------------------------------------------
     CONTINUED ON NEXT PAGE
```

WF 000008



```
                                    PAGE 2 of 2
                                    Account Number:              3310
     UNITED NATIONAL LLC            Statement End Date:       06/30/08
```

```
WITHDRAWALS AND DEBITS ------------------------------------------------

      POSTED
      DATE     TRANSACTION DETAIL                                AMOUNT

      JUN 12   WIRE TRANS SVC CHARGE - SEQUENCE:
               080612046314 SRF# 0018
               TRN#080612046314 RFB#                            - 10.00
      JUN 12   WIRE TRANS SVC CHARGE - SEQUENCE:
               080612046442 SRF# 0019
               TRN#080612046442 RFB#                            - 10.00
      JUN 13   WIRE TRANS SVC CHARGE - SEQUENCE:
               080613084138 SRF# FW01741165087558
               TRN#080613084138 RFB#                            - 20.00
      JUN 13   WT FED#03065 U.S. BANK,N.A.
               /FTR/BNF=united national llc SRF#
               FW01741165087558 TRN#080613084138
               RFB#                                       - 3,785,667.15
      JUN 26   ONLINE TRANSFER REF #IBEX8PHJTX TO
               BUSINESS CHECKING XXXXXX6755 ON
               06/25/08                                       - 1,000.00
      JUN 30   PAYOFF DEBIT, INTEREST WITHOUT FEE                  0.00
CHECKS PAID -----------------------------------------------------------

      CHECK #   DATE         AMOUNT   CHECK #   DATE          AMOUNT
      ------------------------------  ------------------------------
                JUN 13     1,000.00             JUN 24      1,000.00
DAILY BALANCE SUMMARY -------------------------------------------------

      DATE                BALANCE   DATE                   BALANCE
      ------------------------------  ------------------------------
      JUN 11             3,500.00   JUN 24                1,000.00
      JUN 12         3,785,697.51   JUN 26                    0.00
      JUN 13                10.36   JUN 30                    0.00
      JUN 20             2,000.00
```

-----------------------------------------------------------------------
FOR YOUR INTEREST

*Too busy running your business to think about retirement? A Wells Fargo
Investments professional can help you plan for your retirement, manage your
personal investments, or even create a business succession plan. Call
1-866-243-0931 or visit your local Wells Fargo store today.*

*Investment Products: -Not FDIC Insured  -No Bank Guarantee -May Lose Value*

*Investment products available through Wells Fargo Investments, LLC (member
SIPC), a non-bank affiliate of Wells Fargo & Company.*

-----------------------------------------------------------------------
*THANK YOU FOR BANKING WITH WELLS FARGO.*

WF 000009

# EXHIBIT 27



**Business Statement**

Account Number: 7633
Statement Period:
Jun. 12, 2008
through
Jun. 30, 2008

P.O. Box 1800
Saint Paul, Minnesota 55101-0800
03473 TRN     144926PBXP Y ST01     T640 P0

Page 1 of 2

UNITED NATIONAL, LLC
2521 FREMONT ST
TACOMA  WA 98406-1614



☎                                To Contact U.S. Bank

**24-Hour Business
Solutions:**                          1-800-673-3555

**Telecommunications Device
for the Deaf:**                       1-800-685-5065

**Internet:**                         usbank.com

---

**FREE SMALL BUSINESS CHECKING**                                  *Member FDIC*

Account Number           7633
U.S. Bank National Association

**Account Summary**

|                                | # Items |    |            |
|--------------------------------|---------|----|------------|
| Beginning Balance on Jun. 12   |         | $  | 0.00       |
| Customer Deposits              | 1       |    | 1,000.00   |
| Other Deposits                 | 1       |    | 3,785,667.15 |
| Other Withdrawals              | 1       |    | 3,784,618.51- |
| Checks Paid                    | 1       |    | 1,989.64-  |
| **Ending Balance on Jun. 30, 2008** |    | $  | 59.00      |

**U.S. Bank**
**Checking**
That **Pays®**

**Reward Program Summary**

All Rewards shown are as of Jun. 30, 2008

Cash Bonus Business                          Check Card Number: *6271

| Reward Enrollment Date | Rewards Earned Program to Date | Rewards Redeemed Program to Date | Current Rewards Balance | Rewards Available to Redeem |
|------------------------|-------------------------------|----------------------------------|-------------------------|-----------------------------|
| 06/12/2008             | $          0.00               | $          0.00                  | $          0.00         | $          0.00             |

**Customer Deposits**

| Number | Date    | Ref Number | Amount    |
|--------|---------|------------|-----------|
|        | Jun. 12 | 3632996436 | 1,000.00  |

| | Total Customer Deposits | $ | 1,000.00 |
|---|---|---|---|

**Other Deposits**

| Date    | Description of Transaction            |                           | Ref Number | Amount       |
|---------|---------------------------------------|---------------------------|------------|--------------|
| Jun. 13 | Wire Credit REF003065                 | WELLS SF          8361    |            | $ 3,785,667.15 |
|         | ORG=UNITED NATIONAL LLC               | 2521 FREMONT ST           |            |              |

| | Total Other Deposits | $ | 3,785,667.15 |
|---|---|---|---|

**Other Withdrawals**

| Date    | Description of Transaction            |                              | Ref Number | Amount         |
|---------|---------------------------------------|------------------------------|------------|----------------|
| Jun. 18 | Wire Debit REF002098                  | NEVADA ST LAS VEGA      5873 |            | $ 3,784,618.51- |
|         | BNF=BLACKSTONE                        | INTERNATIONAL INC NO ADDRESS GIV |        |                |

| | Total Other Withdrawals | $ | 3,784,618.51- |
|---|---|---|---|

**EXHIBIT 28**

```
                                        D 0072026040 104 06/30/08 018 PG0023 I
                                   Statement of Accounts
                                   Page 1
                                   This Statement:  June 30, 2008
                                   Last Statement:  June 16, 2008
```

Primary Account ████6040

BLACKSTONE INTERNATIONAL INC
TROY X KELLEY
2521 FREMONT ST
TACOMA WA  98406-1614

```
                                   DIRECT INQUIRIES TO:
                                   Reddi Response
                                   24-hour Account Information:
                                   Las Vegas:  471-5800
                                   Reno:       337-2811
                                   1 (800) 462-3555 (outside local areas)

                                   Loan By Phone
                                   Las Vegas:  399-Loan (5626)
                                   Reno:       851-8811
                                   1 (800) 789-4671 (outside local areas)
```

With NSB Remote Deposits you can make business deposits right from your desktop and have quicker access to
cash. Call a Treasury Management Professional at (800) 693-7695 to learn how Remote Deposits can save your
business time and money.

SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed | |
|---|---|---|---|---|
| Enterprise Checking | ████6040 | $15.00 | | DDA |

| ENTERPRISE CHECKING ████6040 | | | 104 | 0 |

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 0.00 | 3,784,628.51 | 3,784,613.51 | 0.00 | 15.00 |

...........................................................................................

2 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 06/18 | 3,784,618.51 | WIRE/IN-200817002745;ORG UNITED NATIONAL , LLC;REF 080618015 1501600327 |
| 06/24 | 10.00 | CUST SERVICE XFER FROM GL ID: 176173040 1702402234 |

...........................................................................................

6 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 06/18 | 10.00 | WIRE TRANSACTION SERVICE FEE |
| 06/23 | 149,870.00 | WIRE/OUT-200817500474;BNF BLACKSTONE INTL INC;OBI IN FAVOR O 1501700074 |
| 06/23 | 25.00 | WIRE TRANSACTION SERVICE FEE |
| 06/27 | 3,634,673.51 | WIRE/OUT-200817905415;BNF BERKELEY UNITED LLC;OBI IN FAVOR O 1501300592 |
| 06/27 | 25.00 | WIRE TRANSACTION SERVICE FEE |
| 06/30 | 10.00 | MAINTENANCE FEE |

...........................................................................................

0 CHECKS PROCESSED

There were no transactions this period.

TXK 000047

DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/18 | 3,784,608.51 | 06/24 | 3,634,723.51 | 06/30 | 15.00 |
| 06/23 | 3,634,713.51 | 06/27 | 25.00 | | |

Nevada State Bank 009

# EXHIBIT 29

December 31, 2008,  year-to-date                    Page 1 of 2

# TRANSACTION DETAIL

**Vanguard**®

**BLACKSTONE INTERNATIONAL INC**
2521 FREMONT ST
TACOMA WA 98406

800-662-2739    –   Client Services
www.vanguard.com
(800) 662-6273   –   Tele-Account

## TRANSACTION ACTIVITY

Vanguard Admiral Treasury Money Market Fund                    Fund / Account no. ▇▇▇6680

| Trade date | Transaction description | Dollar amount | Share price | Shares transacted | Total shares owned |
|---|---|---|---|---|---|
|  | Balance on 12/31/2007 | $ 0.00 | $ 1.00 |  | .000 |
| 6/20 | Check purchase | 3,000.00 | 1.00 | 3,000.000 | 3,000.000 |
| 6/23 | Wire purchase | 149,870.00 | 1.00 | 149,870.000 | 152,870.000 |
| 6/30 | Income dividend | 52.68 | 1.00 | 52.680 | 152,922.680 |
| 7/31 | Income dividend | 233.05 | 1.00 | 233.050 | 153,155.730 |
| 8/14 | Check purchase | 7,021.59 | 1.00 | 7,021.590 | 160,177.320 |
| 8/29 | Income dividend | 238.90 | 1.00 | 238.900 | 160,416.220 |
| 8/29 | Dividend from Prime MM | 6,694.97 | 1.00 | 6,694.970 | 167,111.190 |
| 9/30 | Income dividend | 236.99 | 1.00 | 236.990 | 167,348.180 |
| 9/30 | Dividend from Prime MM | 6,651.84 | 1.00 | 6,651.840 | 174,000.020 |
| 10/31 | Income dividend | 230.34 | 1.00 | 230.340 | 174,230.360 |
| 10/31 | Dividend from Prime MM | 7,932.99 | 1.00 | 7,932.990 | 182,163.350 |
| 11/28 | Income dividend | 199.92 | 1.00 | 199.920 | 182,363.270 |
| 11/28 | Dividend from Prime MM | 7,913.38 | 1.00 | 7,913.380 | 190,276.650 |
| 12/24 | Checkwriting 1001 | -36,214.77 | 1.00 | -36,214.770 | 154,061.880 |
| 12/24 | Checkwriting 1002 | -25,415.57 | 1.00 | -25,415.570 | 128,646.310 |
| 12/24 | Checkwriting 1003 | -124,454.43 | 1.00 | -124,454.430 | 4,191.880 |
| 12/31 | Income dividend | 117.08 | 1.00 | 117.080 | 4,308.960 |
|  | Balance on 12/31/2008 | $ 4,308.96 | $ 1.00 |  | 4,308.960 |

| Year-to-date Income dividends | Purchases / Redemptions |
|---|---|
| $ 1,308.96 | $ 189,084.77 |
|  | 186,084.77 |

**EXHIBIT 30**

December 31, 2008, year-to-date          Page 1 of 1

# TRANSACTION DETAIL

Vanguard®

**BERKELEY UNITED LLC**
2521 FREMONT ST
TACOMA WA 98406-1614

800-662-2739    –   Client Services
www.vanguard.com
(800) 662-6273   –   Tele-Account

## TRANSACTION ACTIVITY

Vanguard Prime Money Market Fund                                           Fund / Account no.          8746

| Trade date | Transaction description | Dollar amount | Share price | Shares transacted | Total shares owned |
|---|---|---|---|---|---|
| | Balance on 12/31/2007 | $ 0.00 | $ 1.00 | | .000 |
| 6/30 | Wire purchase | 3,634,673.51 | 1.00 | 3,634,673.510 | 3,634,673.510 |
| 6/30 | Income dividend | 221.54 | 1.00 | 221.540 | 3,634,895.050 |
| 7/31 | Income dividend cash | 6,800.05 | | | 3,634,895.050 |
| 8/14 | Check purchase | 6,800.05 | 1.00 | 6,800.050 | 3,641,695.100 |
| 8/14 | Checkwriting 1001 | -7,021.59 | 1.00 | -7,021.590 | 3,634,673.510 |
| 8/29 | Dividend to Admiral MM | 6,694.97 | | | 3,634,673.510 |
| 9/30 | Dividend to Admiral MM | 6,651.84 | | | 3,634,673.510 |
| 10/06 | Wire redemption | -3,525.00 | 1.00 | -3,525.000 | 3,631,148.510 |
| 10/06 | Wire fee deducted | 0.00 | 1.00 | -5.000 | 3,631,143.510 |
| | Bank wire fee | -5.00 | | | |
| 10/31 | Dividend to Admiral MM | 7,932.99 | | | 3,631,143.510 |
| 11/28 | Dividend to Admiral MM | 7,913.38 | | | 3,631,143.510 |
| 12/31 | Income dividend cash | 7,442.92 | | | 3,631,143.510 |
| | Balance on 12/31/2008 | $ 3,631,143.51 | $ 1.00 | | 3,631,143.510 |

| Year-to-date Income dividends | Purchases / Redemptions |
|---|---|
| $ 43,657.69 | $ 3,641,473.56 |
| | 10,551.59 |

000000062319066          2
102C - M1                                              X

# EXHIBIT 31

4
IWIF

# International Wire Option Form


Vanguard®

∞ Use this form to link an international bank account to your Vanguard® account for wire redemptions.

∞ Print clearly, preferably in capital letters and black ink.

Most forms can be downloaded from our website at www.vanguard.com/serviceforms. To get assistance in filling out this form, call us at 800-662-2739 (U.S.) or 610-669-1000 (international collect). Return this form to Vanguard, P.O. Box 1110, Valley Forge, PA 19482-1110. For overnight delivery, mail to Vanguard, 455 Devon Park Drive, Wayne, PA 19087-1815.

## 1 Account Owner Information

8 7 4 6

Account Number

TROY    X.    KELLEY

Name (first, middle initial, last)

Citizenship        ✓ U.S. Citizen        Resident Alien        Nonresident Alien        Country of Citizenship, if Not U.S.

Tax Residency      ✓ U.S.        Other        Country of Tax Residence, if Not U.S.

OR

2008 SEP 2
A 1: 23

2521   FREMONT   ST.

Social Security Number or Individual Taxpayer ID Number        Employer ID Number

Street Address

TACOMA ,  WA    98406

City, State, Zip

253 - 752 - 7138                    253 - 752 - 7138

Daytime Telephone Number                    Evening Telephone Number

Name of Joint Owner (if applicable)

## 2 Bank Information—ALL FIELDS REQUIRED

**U.S. Correspondent Bank Information**

WACHOVIA   BANK                    PNBPUS3NNYC

Bank Name                                    SWIFT Code

**Foreign Bank Information**

ATLANTIC  INTERNATIONAL BANK        2000192008196

Bank Name                                    SWIFT Code
NC

5940                    WELLINGTON   TRUST

Account Number                                Account Registration at Foreign Bank

COR. CLEGHORN ST./FREETOWN ROAD - 4th FLOOR

Street Address

BELIZE CITY                    BELIZE

City, State, Zip                                Country, if Not U.S

501 - 223 - 3152

Foreign Bank's Telephone Number

IWIF-page 2 of 2

## 3 Additional Instructions—IF APPLICABLE *Complete the information below to include "further credit" instructions with your wire requests.*

WELLINGTON TRUST

Beneficiary Name

2521 FREMONT ST.

Street Address

TACOMA, WA 98406

City, State, Zip                                              Country, if Not U S

FOR FURTHER CREDIT TO A/c No. 100005940

Bank or Special Reference *(for example, account number, sort code, branch code, or IBAN number, if provided by your bank)*

## 4 Signature of Account Owner *(Sign exactly as your account is registered and in the presence of the guarantor)*

▢ **If I am a U.S. citizen, a U.S. resident alien, or a representative of a U.S. entity, I certify under penalty of perjury that:**

1. The taxpayer ID number I have given on this form is correct (or I am waiting for a number to be issued to me).
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, (b) I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

   ▢ *Important:* Cross out item "2" if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest or dividends on your tax return.

3. I am a U.S. person (including a U.S. resident alien).

▢ **If I am a nonresident alien, I certify that the information that I provided on the previously filed Form W-8 is still accurate** for purposes of foreign status and treaty claim (if applicable). If the information has changed, I may be required to complete a new Form W-8 or provide additional documentation to recertify my foreign status or claim for treaty benefits. I understand that I am not under penalty of perjury by certifying the above information.

**The IRS does not require your consent to any provision of this document other than the certification required to avoid backup withholding.**

I agree that Vanguard will not incur any loss, liability, cost, or expense for acting upon my instructions. I understand that this authorization may be terminated by me at any time by written notification to Vanguard. The termination request will be effective as soon as Vanguard has had a reasonable amount of time to act upon it.

➤ *Tim X. Kelly*                                              9-23-08
Signature of Account Owner                                 Date *(month, day, year)*

➤
Signature of Joint Account Owner *(if applicable)*          Date *(month, day, year)*

## 5 Signature Guarantee

If the name on the bank account to receive wire requests is not identical to the name on your Vanguard account, you must obtain a signature guarantee.

You can get a signature guarantee from an authorized officer of a bank, broker, and many other financial institutions. A notary public CANNOT provide a signature guarantee.

*(signature)*                                              S GNATURE GUARANTEED
Signature of Authorized Officer of Guarantor               Authorized Officer to Place Stamp Here
                                                           COLUMBIA STA E BANK

VP  Columbia Bank                                          AUTHORI _ SIGNATURE
Officer's Title / Name of Institution                      D 9002372
                                                           ( 02 )
                                                           SECURITIES TRANSFER AGENTS MEDA ICN PROGRAM

Date *(month, day, year)*  9/23/08                          Applies to all signatures in Section 4.

© 2007 The Vanguard Group, Inc. All rights reserved.

MEDALLION GUARANTEE  IWIF 022007

Vanguard 000093

# EXHIBIT 32

 **Columbia Bank**
You'll Notice The Difference.

Direct Inquiries to:
**Martin Luther King**
(253)597-8000
1102 Martin Luther King Jr Way
Tacoma, WA 98405

3450

UNITED NATIONAL LLC
2521 FREMONT ST
TACOMA WA 98406-1614

**STATEMENT OF ACCOUNT**

Statement Date:        06/30/08
Last Statement Date:   05/31/08
Account:                ████5529

Watch your money, and the
environment, grow green!

 Grow Green

Please visit www.ColumbiaBank.com for details.

## SUMMARY OF ACCOUNT BALANCES

| Account Name | Account Number | Ending Balance |
|---|---|---|
| Small Business Checking | ████5529 | $4,139.40 |

## SMALL BUSINESS CHECKING

| Account Number | ████5529 | | |
|---|---|---|---|
| | | Beginning Balance | $1,000.00 |
| Low Balance | $913.73 | **Credits** | |
| | | Deposits | $18,985.65 |
| | | ACH Credits | $0.00 |
| | | Other Credits | $197,124.70 |
| | | Total Credits | $216,110.35 |
| | | Total Maintenance Fees | $8.00 |
| | | **Debits** | |
| | | ACH Debits | $23,726.00 |
| | | Other Debits | $51,010.84 |
| | | Electronic Checks | $0.00 |
| | | Checks | $138,226.11 |
| | | Total Debits | $212,970.95 |
| | | **Ending Balance** | $4,139.40 |

## DEPOSITS

| Date | Description | Amount |
|---|---|---|
| 06-09 | Deposit | $8,770.75 |
| 06-10 | Deposit | $6,081.64 |
| 06-23 | Deposit | $1,000.00 |
| 06-26 | Deposit | $3,133.26 |
| | | **Total Deposits: $18,985.65** |

## OTHER CREDITS

| Date | Description | | Amount |
|---|---|---|---|
| 06-02 | Trf from Reserve | From IMMA ████3088 | $201.00 |

Thank you for choosing Columbia Bank as your financial partner.        ColumbiaBank.com        Member FDIC        Page 1 of 3

**COLUMBIA 0100703**



**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Statement Date: | 06/30/08 |
| Account: | 5529 |

| Date | Description | | Amount |
|---|---|---|---|
| 06-03 | Online Transfer Dep | | $8,700.00 |
| 06-09 | Online Transfer Dep | | $5,609.14 |
| 06-09 | Online Transfer Dep | | $8,284.73 |
| 06-09 | Online Transfer Dep | | $24,430.84 |
| 06-10 | Online Transfer Dep | | $2,420.00 |
| 06-10 | Online Transfer Dep | | $2,736.00 |
| 06-13 | Trf from Reserve | From IMMA ████3088 | $120.00 |
| 06-16 | Trf from Reserve | From IMMA ████3088 | $70,422.93 |
| 06-17 | Trf from Reserve | From IMMA ████3088 | $30,000.00 |
| 06-18 | Trf from Reserve | From IMMA ████3088 | $647.66 |
| 06-20 | Trf from Reserve | From IMMA ████3088 | $20,020.00 |
| 06-23 | Trf from Reserve | From IMMA ████8088 | $500.00 |
| 06-24 | Trf from Reserve | From IMMA ████8088 | $7,840.91 |
| 06-25 | Trf from Reserve | From IMMA ████8088 | $15,105.22 |
| 06-26 | Credit Memo | | $86.27 |
| | | **Total Other Credits:** | **$197,124.70** |

**ACH DEBITS**

| Date | Description | | Amount |
|---|---|---|---|
| 06-09 | Preauthorized ACH Dr | CBS - SAN DIEGO  P/R CCD<br>122000032442895 901026070000001 | $7,724.14 |
| 06-10 | Preauthorized ACH Dr | CRI PAYROLL  PR TAX/FEE<br>21000024798107 00116700051H | $42.41 |
| 06-10 | Preauthorized ACH Dr | CRI PAYROLL  PR TAX/FEE<br>21000024798386 CBS167075AUJ | $2,717.46 |
| 06-24 | Preauthorized ACH Dr | CBS - SAN DIEGO  P/R CCD<br>122000031798087 901026070000001 | $8,840.91 |
| 06-25 | Preauthorized ACH Dr | CRI PAYROLL  PR TAX/FEE<br>21000022535867 00116700051H | $40.58 |
| 06-25 | Preauthorized ACH Dr | AMERICAN EXPRESS  ELEC REMIT<br>31201460337435 080624060056924 | $1,191.28 |
| 06-25 | Preauthorized ACH Dr | CRI PAYROLL  PR TAX/FEE<br>21000022536139 CBS167075AUJ | $3,169.22 |
| | | **Total ACH Debits:** | **$23,726.00** |

**OTHER DEBITS**

| Date | Description | Amount |
|---|---|---|
| 06-03 | Trf to Reserve | $8,700.00 |
| 06-09 | Trf to Reserve | $25,256.05 |
| 06-10 | Trf to Reserve | $2,396.13 |
| 06-11 | Trf to Reserve | $8,370.75 |
| 06-12 | Trf to Reserve | $6,081.64 |
| 06-13 | Online Transfer W/D | $120.00 |

**COLUMBIA 0100704**


# Columbia Bank
You'll Notice The Difference.

**STATEMENT OF ACCOUNT**

Statement Date:                06/30/08
Account:            ███████5529

| Date | Description | Amount |
|------|-------------|--------|
| 06-24 | Analysis Charge | $86.27 |

Total Other Debits: $51,010.84

## CHECKS

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 8360 | 06-02 | $121.00 | 8367 | 06-25 | $300.00 | 8388 | 06-16 | $70,053.04 |
| 8361 | 06-11 | $400.00 | 8368 | .06-26 | $130.00 | 8389 | 06-17 | $30,000.00 |
| 8362 | 06-23 | $500.00 | 8376* | 06-30 | $120.00 | 8390 | 06-20 | $20.00 |
| 8363 | 06-16 | $152.32 | 8385* | 06-18 | $442.66 | 8391 | 06-27 | $140.00 |
| 8364 | 06-02 | $80.00 | 8386 | 06-16 | $80.00 | 8392 | 06-20 | $20,000.00 |
| 8365 | 06-09 | $5,344.52 | 8387 | 06-18 | $205.00 | 8394* | 06-27 | $10,000.00 |
| 8366 | 06-16 | $137.57 | | | | | | |

* indicates skip in check sequence

Total Checks: $138,226.11

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 06-01 | $1,000.00 | 06-12 | $1,000.00 | 06-23 | $2,000.00 |
| 06-02 | $1,000.00 | 06-13 | $1,000.00 | 06-24 | $913.73 |
| 06-03 | $1,000.00 | 06-16 | $1,000.00 | 06-25 | $11,317.87 |
| 06-09 | $9,770.75 | 06-17 | $1,000.00 | 06-26 | $14,407.40 |
| 06-10 | $15,852.39 | 06-18 | $1,000.00 | 06-27 | $4,267.40 |
| 06-11 | $7,081.64 | 06-20 | $1,000.00 | 06-30 | $4,139.40 |

## MAINTENANCE FEES

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 06-30 | Service Charge | $8.00 | | | |

The following is a description of the maintenance fees.

| | |
|---|---|
| Maintenance Fee | $8.00 |
| Debit Items | $0.00 |
| Credit items | $0.00 |
| OnUs Deposits | $0.00 |
| Earnings Credit | $0.00 |
| Total Service Charge: | $8.00 |

**COLUMBIA 0100705**

Account 70053 5529

Date 06-16-2008

Serial 8388

Amount 70053.04

COLUMBIA 01002597

UNITED NATIONAL, LLC
2521 FREMONT STREET
TACOMA, WA 98406
888-210-2607

8388

34-8271/251

PAY TO THE ORDER OF: Troy Kelley

SEVENTY THOUSAND AND FIFTY-THREE AND 04/100

DOLLARS

COLUMBIA STATE BANK
253-597-9000
1959 SOUTH UNION AVENUE
TACOMA, WA 98405

FOR

DATE 6-17-08

$ 70,053.04

Troy X Kelley

⑈008388⑈ ⑆125108272⑆ 70053 5529⑈  ⑈000 700 5 304⑈

UNITED NATIONAL, LLC
2521 FREMONT STREET
TACOMA, WA 98405
888-210-2607

34-827/1251

8389

PAY
TO THE
ORDER OF  Tay Kelley

Thirty - thousand

COLUMBIA STATE BANK
253-597-8000
1959 SOUTH UNION AVENUE
TACOMA, WA 98405

FOR

DATE  6-16-08

$ 30,000.⁰⁰

DOLLARS

⑂"008 3B9⑂" ⑂:⑂ 2 5 ⑂ 0 B 2 7 ⑂:⑂   5 5 2 9⑂"   ⑂"000 3000000⑂"

Tash Kelley

COLUMBIA 01002597

Account [████] 5529    Serial 8389    Amount 30000.00
Date 06-17-2008

## UNITED NATIONAL, LLC
2521 FREMONT STREET
TACOMA, WA 98406
888-210-2507

33-827/1251

8392

COLUMBIA STATE BANK
253-597-8000
1939 SOUTH UNION AVENUE
TACOMA, WA 98405

**PAY TO THE ORDER OF** ___Tay Kelley___

___Twenty-Thousand___ DOLLARS

DATE 6-19-08

$ 20,000.

FOR _____

⑆008392⑆ ⑆125108272⑆ 5529⑆ ⑆000 2000000⑆

Account ⬛⬛⬛⬛ 5529   Serial 8392   Amount 20000.00

Date 06-20-2008

COLUMBIA 01002597

UNITED NATIONAL, LLC
2521 FREMONT STREET
TACOMA, WA 98406
888-210-2607

8394
34-827/1251

PAY
TO THE
ORDER OF ___ Ray Kelley

Ten Thousand ___

COLUMBIA STATE BANK
253-597-8000
1959 SOUTH UNION AVENUE
TACOMA, WA 98405

FOR ___

DATE  6-26-08

$ 10,000.00

DOLLARS

⑈008394⑈ ⑆125108272⑈ ⑈0005529⑈

Tay X Kelly

COLUMBIA 01002597

Account 70...5529    Serial 8394    Amount 10000.00
Date 06-27-2008

COLUMBIA 01002597

Account 00080 5529   Serial 8395   Amount 12000.00
Date 07-07-2008

UNITED NATIONAL, LLC
2521 FREMONT STREET
TACOMA, WA 98406
888-210-2607

33-8027(1253)

8395

PAY TO THE ORDER OF _Tony Kriss_

_Twelve Thousand_ DOLLARS

$ 12,000 ½

DATE  7. 7. 08

COLUMBIA STATE BANK
253-597-8000
1959 SOUTH UNION AVENUE
TACOMA, WA 98405

FOR _____

UNITED NATIONAL, LLC
2521 FREMONT STREET
TACOMA, WA 98406
888-210-2607

34-8327/1251

8396

PAY
TO THE
ORDER OF ____ Toy Kelley

THiRTEEN THousAND And Five Hundred _____ DOLLARS

COLUMBIA STATE BANK
253-597-8000
1959 SOUTH UNION AVENUE
TACOMA, WA 98405

FOR _____

DATE _____ 7-25-08

$ 13,500.00

⑪

"008 39 6" ⑆125108 2721: ⑈0003 55 29"  "000 13 50000"

Account 0003 5529    Serial 8396    Amount 13500.00
Date 07-28-2008

COLUMBIA 01002597

# EXHIBIT 34



COLUMBIA 01002575

Account ████5529   Serial 8126   Amount 336.00   Date 10-30-2006

Form 2441 (2005)                                                                                           Page **2**

| **Part III** | **Dependent Care Benefits** | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 12 | Enter the total amount of **dependent care benefits** you received in 2005. Amounts you received as an employee should be shown in box 10 of your Form(s) W-2. **Do not** include amounts reported as wages in box 1 of Form(s) W-2. If you were self-employed or a partner, include amounts you received under a dependent care assistance program from your sole proprietorship or partnership  . . . . . . . . . . . . . . . . | **12** | 5000 00 |
| 13 | Enter the amount forfeited or carried forward to 2006, if any (see the instructions) . . . | **13** | 0 |
| 14 | Subtract line 13 from line 12 . . . . . . . . . . . . . . . . . . . . . | **14** | 5000 00 |

| | | | | |
|---|---|---|---|---|
| 15 | Enter the total amount of qualified expenses incurred in 2005 for the care of the **qualifying person(s)** | **15** | 5566 00 | |
| 16 | Enter the **smaller** of line 14 or 15 . . . . | **16** | 5000 00 | |
| 17 | Enter your **earned income**. See instructions . . . | **17** | 100000 00 | |
| 18 | Enter the amount shown below that applies to you.  • If married filing jointly, enter your spouse's earned income (if your spouse was a student or was disabled, see the instructions for line 5).  • If married filing separately, see the instructions for the amount to enter.  • All others, enter the amount from line 17. | **18** | 60000 00 | |

| | | | |
|---|---|---|---|
| 19 | Enter the **smallest** of line 16, 17, or 18 . . . . . . . . . . . . . . . | **19** | 5000 00 |
| 20 | Enter the amount from line 12 that you received from your sole proprietorship or partnership. If you did not receive any such amounts, enter -0- . . . . . . | **20** | 0 |
| 21 | Subtract line 20 from line 14 . . . . . . . . | **21** | 5000 00 | |
| 22 | Enter $5,000 ($2,500 if married filing separately **and** you were required to enter your spouse's earned income on line 18) . . . . . . . . . . . . . . . | **22** | 5000 00 |
| 23 | **Deductible benefits.** Enter the **smallest** of line 19, 20, or 22. Also, include this amount on the appropriate line(s) of your return (see the instructions) . . . . . . . | **23** | 0 |
| 24 | Enter the **smaller** of line 19 or 22 . . . . | **24** | 5000 00 | |
| 25 | Enter the amount from line 23 . . . . . . | **25** | 0 | |
| 26 | **Excluded benefits.** Subtract line 25 from line 24. If zero or less, enter -0- . . . . | **26** | 5000 00 |
| 27 | **Taxable benefits.** Subtract line 26 from line 21. If zero or less, enter -0-. Also, include this amount on Form 1040, line 7. On the dotted line next to line 7, enter "DCB" . . . | **27** | 0 |

To claim the child and dependent care credit, complete lines 28–32 below.

| | | | |
|---|---|---|---|
| 28 | Enter $3,000 ($6,000 if two or more qualifying persons) . . . . . . . . . . . | **28** | 6000 00 |
| 29 | Add lines 23 and 26 . . . . . . . . . . . . . . . . . . . . . . . | **29** | 5000 00 |
| 30 | Subtract line 29 from line 28. If zero or less, **stop.** You cannot take the credit. **Exception.** If you paid 2004 expenses in 2005, see the instructions for line 9  . . . . | **30** | 1000 00 |
| 31 | Complete line 2 on the front of this form. **Do not** include in column (c) any benefits shown on line 29 above. Then, add the amounts in column (c) and enter the total here . . . . | **31** | 566 00 |
| 32 | Enter the **smaller** of line 30 or 31. Also, enter this amount on line 3 on the front of this form and complete lines 4–11 . . . . . . . . . . . . . . . . . . . | **32** | 566 00 |

Form **2441** (2005)

*YMCA DAY CARE*   *1002 South Pearl St.*
*Tacoma, WA 98405*

*$ 336.00*

TXK 000203

**CONFIDENTIAL**



UNITED NATIONAL, LLC
3820 SOUTH PINE STREET
TACOMA, WA 98409
888-210-2607

7900

36-4027/1251

PAY TO THE
ORDER OF     DAWA'S                HOUSEKEEPING      $  69 =

Sixty- Nine                                              DOLLARS

COLUMBIA STATE BANK
1250 S UNION AVE
TACOMA, WA 98405

FOR

⑈⑈007900⑈⑈  ⑈:125108272⑈:

223108115  07-27-05
246r2405-CA-110-12TH-OS ··· 16c-69.00

55 29⑈⑈                          ⑈⑈00000069 00⑈⑈

Account ▇▇▇5529    Serial 7900    Amount 69.00    Date 07-25-2005

COLUMBIA 01002557

UNITED NATIONAL LLC
3820 SOUTH PINE STREET
TACOMA, WA 98409
888-210-2607

7970

74-8277/2751

PAY TO THE
ORDER OF

Irma Guzman

$ 80.00

DOLLARS

E/6477

COLUMBIA STATE BANK
1200 S UNION AVE
TACOMA, WA 98405

FOR

Date: Dec. 27, 20 05

⑈00⑈79⑈70⑈ ⑈125608⑈2729⑈ ⑈5529⑈

⑈000000⑈8000⑈

Account 5529   Serial 7970   Amount 80.00   Date 01-03-2006

COLUMBIA 01002563

UNITED NATIONAL, LLC   #49
2521 FREMONT STREET
TACOMA, WA 98406
888-210-2507

8230

34-427/1251

DATE  6-2-07

PAY
TO THE
ORDER OF   ARCADIA                                    $ 261 00

Two hundred and sixty one                                    DOLLARS

COLUMBIA STATE BANK
253-597-9000
1959 SOUTH UNION AVENUE
TACOMA, WA 98405

FOR  Rent + Diane Keller          Troy X. Kelly

⑆008230⑆ ⑈125108225⑆       5529⑈

Account 100081 5529     Serial 8230     Amount 261.00     Date 06-11-2007

COLUMBIA 01002584

UNITED NATIONAL, LLC
2321 FREMONT STREET
TACOMA, WA 98406
(253) 216-0607

8320

DATE 12-2-07

PAY TO THE ORDER OF _Diane Kelsey_ | $ 75.00

_____ DOLLARS

Security Inc

COLUMBIA STATE BANK
1943 SOUTH UNION AVENUE
TACOMA, WA 98405

FOR _Diane Kelsey_

_Tony S. Kelsey_

⑆008320⑆ ⑈125108272⑉ 5529⑈

,"0000007500."

000001354535920
*031000021*
01/24/2006
This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

Document Seq #
0124214044375431233
KNDNFP20
01/24/08

000776 7494745699

COLUMBIA 01002591



COLUMBIA 01002592

Account 40005529   Serial 8331   Amount 190.00   Date 02-12-2008

UNITED NATIONAL, LLC
2521 FREMONT STREET
TACOMA, WA 98406
888-210-2807

8336

34-6277/1251

PAY
TO THE
ORDER OF _____ David Duffan

Three hundred and thirty-nine _____ DOLLARS

DATE FEB 1 2018

$ 339.

COLUMBIA STATE BANK
253-597-8000
1959 SOUTH UNION AVENUE
TACOMA, WA 98405

Tony X. Holley

FOR _____

⑈008336⑈ ⑈125108272⑈ 5529⑈

⑈000033900⑈

Account ████5529   Serial 8336   Amount 339.00   Date 02-08-2008

COLUMBIA 01002593