1                      The Honorable James L. Robart

2

3

4

5

6

7

8                 UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
9                      AT SEATTLE

| | |
|---|---|
| 10   OLD REPUBLIC TITLE, LTD., | No. 10-cv-0038-JLR |
| 11             Plaintiff, | **DECLARATION OF CARLETON LAGO IN SUPPORT OF** |
| 12       v. | **PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| 13   TROY X. KELLEY and DIANE DUFFRIN KELLEY, individually and as | **NOTE ON MOTION CALENDAR: FEBRUARY 11, 2011** |
| 14   a marital community, | |
| 15          Defendants. | **ORAL ARGUMENT REQUESTED** |

16

17     I, Carleton Lago, declare as follows:

18        1.     I was the Senior Vice President of Old Republic who negotiated and

19  executed the reconveyance service agreement with Troy Kelley in 2006.  I am

20  authorized to make this declaration on its behalf, and have personal knowledge of

21  and am competent to testify about the matters set forth in this declaration.

22        2.     I met Troy Kelley in Old Republic's Lynnwood, WA, office on April

23  10, 2006, to discuss doing business together.  Two other Old Republic employees

24  were present, Janet Summers and Sandra Lamar.  I took notes at the meeting.

25  Exhibit A are a true and accurate copy of my notes.  The notes read, in part, "Fee

26  paid to PCD will be 20.00.  Fee includes management of funds from trustee and

DECLARATION OF CARL LAGO IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - (No. 10-cv-0038-JLR) - 1
4845-4011-9048.01

Riddell Williams p.s.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

1   refunds to ORT escrow principal.  No separate fee to write refund check to ORT
2   escrow principal."

3       3.       There were a small number of written communications with PCD (all
4   with Troy Kelley) before the agreement was signed the following month.  I attach
5   true and correct copies of all of these communications as Exhibits B-1 to B-4.

6       4.       The day after our April 10 meeting, Troy Kelley sent me an email
7   with a draft version of a refund letter that would be sent to Old Republic Title's
8   customers on PCD letterhead.  Exhibit B-1.

9       5.       On April 13, Kelley emailed me a template agreement.  Exhibit B-2.
10  His cover email confirmed, "I have priced the tracking and refund service at $20
11  per TD."  "TD" is an abbreviation for "trust deed," more commonly known as a
12  "deed of trust."

13      6.       Later that same day, Kelley sent me another email with some more
14  forms he used.  Exhibit B-3.

15      7.       I sent Kelley a marked-up version of his template agreement.
16  Exhibit B-4.  I don't have a cover email or letter so am not sure how this was
17  transmitted to Kelley, but he accepted all of Old Republic's requested changes
18  and, on May 4 and 6, we signed the final version of the agreement, a true and
19  correct copy of which is attached as Exhibit C (which includes the email and fax
20  cover sheet forwarding the signed agreement to Kelley).

21      8.       As we discussed on April 10 (see Ex. A) and as set forth in the
22  agreement (Ex. C), Kelley's only fee was a flat fee of $20/reconveyance.  We
23  never discussed, let alone agreed to, payment of a higher fee.

24      9.       Our agreement was never amended or revised.

25          I declare under penalty of perjury under the laws of the State of
26  Washington that the foregoing is true and correct.

DECLARATION OF CARL LAGO IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - (No. 10-cv-0038-JLR) - 2
4845-4011-9048.01

1    Executed this 20th day of January, 2011, in _MOUNT VERNON, WASHINGTON_, California.

2

3    _____
     Carleton Lago

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF CARL LAGO IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT (No. 10-cv-0038-JLR) - 3
4845-4011-9048.01

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

1

**CERTIFICATE OF SERVICE**

2

I, Melodi Downs, state as follows:

3

I am over 18 years of age and a citizen of the United States. I am

4

employed as an executive assistant by the law firm of Riddell Williams P.S.

5

On the date noted below I electronically filed the foregoing document titled

6

**DECLARATION OF CARLETON LAGO IN SUPPORT OF PLAINTIFF'S MOTION**

7

**FOR PARTIAL SUMMARY JUDGMENT** using the CM/ECF system and caused to

8

be delivered true and accurate copies of the same via the CM/ECF system which

9

will send notification of such filing to:

10

11

12

13

> Judy A. Endejan, WSBA #11016
> David C. Lundsgaard, WSBA #25448
> GRAHAM & DUNN PC
> Pier 70 – 2801 Alaskan Way, Ste. 300
> Seattle, WA 98121-1128
> Email: jendejan@grahamdunn.com
> dlundsgaard@grahamdunn.com

14

15

I declare under penalty of perjury under the laws of the State of

16

Washington that the foregoing is true and correct and that this Certificate of

17

Service was executed on this 20th day of January, 2011, at Seattle, Washington.

18

19

Melodi Downs

20

21

22

23

24

25

26

DECLARATION OF CARL LAGO IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - (No. 10-cv-0038-JLR) - 4
4845-4011-9048.01
012011/1357/62131.00047

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# Exhibit A

4-10-06   @ 10:00 AM

meeting w/ Lynwood, WA ORT office

Troy Kelly, PCO, Steven Lumbra ORT.
Tannet Summers ORT, Carl ease ort

Discussed w/ Troy no services item
PCO will provided to ORT.

Funds paid to ORT Escrow Owners
will be held by PCO in separate trust
acct by PCO. any funds from ORT
escrow will be deposit in an acct.

Fee paid to PCO will be 20 ℃
Fee includes mangmt of funds from trustee
& Refunds to ORT Escrow owners
no separate fee to unite w/ club
to ORT Escrow owners.

mobil Home TITLE escrows will not
be done by PCO. They to give us
address of escrow on open. last wk
Ph.

They to fwd CL mgt. of contract.
Effm date 5/1/06.

93
page
93-1

# Exhibit B₁

## Carl Lago

| | |
|---|---|
| From: | Troy Kelley [tkelley@propertyclose.com] |
| Sent: | Tuesday, April 11, 2006 3:43 PM |
| To: | Carl Lago |
| Cc: | Sandra Lamar |
| Subject: | Thank you |

Attachments:     2341353392-Refund Letter ORI.doc



Refund Letter
ORI.doc (412 KB)...
          Carl,

Thank you for meeting with me yesterday.

I have enclosed one version of our refund letter.
This version is on our letterhead. Some clients prefer we mail it out on their
letterhead. Also, this particular client wanted to hit the issue of the refund and
integrity extra hard in the letter.

Within the next two days, I will email you our follow-up letter that we send to
institutional lenders and any other letters that are relevant. As always, we are flexible
in the wording and will defer to your preferences. You and Sandra will view all template
letters from which any of our outgoing correspondence is based on.

Please call or email me with any follow-up questions or concerns. I will get you an
answer immediately as my company place a premium on responsiveness.

I hope you entrust this part of your business to us.
I understand that my company is an extension of your company if you select us to service
your account. As Abe Lincoln (& others) once said, all we have are our reputations.

Thank you,

Troy Kelley
office: 888-210-2607
fax: 888-210-2613
cell: 253-906-4376

1

ORTK000176



April 11, 2006

«first_name» «last_name»
«street»
«city» «zip»

Re:     Escrow No.   «esc»

Dear <<esc>>:

At Old Republic Title Company integrity is a very important part of our value system. One of our responsibilities in the closing of your transaction is to make sure that your trust deed (mortgage) is properly reconveyed (satisfied). A reconveyance document is recorded when a trust deed has been paid in full; therefore clearing the title to your property from that debt.

To ensure that the reconveyance is done properly, Old Republic collects a Post Closing fee for each reconveyance. A portion of this fee is charged to track county records for your reconveyance and the balance is charged so that Old Republic or another trustee can process your reconveyance if additional are needed. In your case, the county records show the reconveyance document has been recorded, so we can close our file and we are refunding you the excess processing fee.

Thank you very much for using Old Republic. We appreciate your business and hope that returning excess funds shows you how much we value you as a customer and how much we value our integrity. If you have any questions regarding this matter please contact me in the Post Closing Department at 888-210-2607 and I will be happy to assist you.

Sincerely,

Megan Goldstein
Post Closing Coordinator

The Post Closing Dept • 2521 Fremont Street • Tacoma, WA 98406
Phone (888) 210-2607 • Fax (888) 210-2613

ORTK000177

# Exhibit B$_2$

## Carl Lago

**Attachments:** 4039382131-PCD Agreement Old Republic.doc



ᵖCD Agreement Old
Republic.doc...

        Carl,

I have attached our reconveyance service agreement.
It really is more of an agreement that spells out our services to our client, instead of a
contract since you may cancel with 30 days notice and not send us any orders during those
30 days. As Sandra has done, please free feel to call our clients, I think they will
speak highly of our company.

Thank you for the opportunity to make a proposal to you. I have priced the tracking and
refund service at $20 per TD, but as these are uncharted waters so please feel free to
call me to discuss the issue. If either of us believes pricing is out of whack after six
months, I think we should revisit the issue to make sure that both of us are comfortable.


Troy Kelley
office: 888-210-2607
cell: 253-906-4376

1

ORTK000170



## THE POST CLOSING DEPARTMENT
### AGREEMENT FOR POST CLOSING SERVICES

Client: Old Republic Title. Ltd., dba, Old Republic Title and Escrow, Ltd and Issaquah Escrow, Inc.

**Description of Services:**

**The Post Closing Department (hereinafter known as PCD)**

The PCD agrees to receive, track, and prepare all reconveyances and satisfaction of mortgages from both escrow and title. PCD will follow-up in writing and on the telephone with outside trustees that have not recorded reconveyances within the time period mandated by state statutes. PCD agrees to assist client with all their post closing needs.

Client may begin to forward all post closing documents and phone calls concerning post closing to the post-closing desk/department. PCD will review all post closing documents for accuracy and correctness. If documents are incomplete or incorrect, PCD will correct and/or complete the document(s) within the parameters specified by client.

PCD shall complete all documents in a timely manner and in accordance with state statutes. And with the client's best interest in mind, PCD will always try to prepare and execute a substitution of trustee when said client is not listed as trustee on original recorded Deed of Trust. PCD shall comply with all state statues concerning post-closing material. PCD under no circumstances shall be required to bring legal action against any parties of interest.

**Previous Services: Follow-up**

If client has had a previous reconveyance service or outside vendor offering post-closing services, PCD shall audit previous years tracking and processing. If in the event PCD recovers money owed to client, client agrees to pay PCD 10% of recovered funds.

Optional: Initial here for service_____

**PCD Privacy Notice**

PCD shall not release any information provided to its company or its employees to any third party unless in direct relationship to providing client with a completed reconveyance. PCD shall hold all information obtained from client in the strictest confidentiality.

ORTK000171

**Start Date:** June 1, 2006

**Fees are as follows:**

$20.00 post closing tracking fee per item,
        fee includes management of funds due trustees & client refunds

$5.00 reconveyance preparation (trustee only) where Old Republic Title instructs PCD to prepare trustee
- file where Old Republic Title is trustee     Initial here for service_____

**Payment Terms:**

Client shall collect post-closing fee at closing and forward check to PCD. PCD will provide client with a
monthly report of services.

This agreement shall be good for six months and shall renew automatically. Client can however,
with 30 days written notice, discontinue agreement at anytime. If after discontinuing service client
would like assistance from The Post Closing Department to continue the tracking and processing
methods and procedures put in place by The Post Closing Department, client may request
consultation.

**Additional Terms and Conditions:**

_____
_____
_____

Old Republic Title, Ltd.

By:_____          _____
Carleton R. Lago                              Date
Senior Vice President and Secretary
Old Republic Title

Phone: 800-325-7711
Fax: 925-938-0404

The Post Closing Department

By:_____          _____
Troy X. Kelley                                Date
President
The Post Closing Department
2521 Fremont Street
Tacoma, WA 98406
Phone: 888-210-2607 / Fax: 888-210-2613
Email: tkelley@propertyclose.com

ORTK000172

# Exhibit B$_3$

 **Carl Lago**

| | |
|---|---|
| **From:** | Troy Kelley [tkelley@propertyclose.com] |
| **Sent:** | Thursday, April 13, 2006 11:06 PM |
| **To:** | Carl Lago |
| **Cc:** | Sandra Lamar |
| **Subject:** | Forms |
| **Attachments:** | 573264412-30 Day Request Letter.doc; 1024225257-Indemnity Letter b.doc |

30 Day Request Letter.doc (42 ... Indemnity Letter b.doc (413 KB...

Carl,

I have attached two general forms PCD uses. The first is our 30 day lender follow-up and I think it demonstrates the type of language PCD uses. Lenders are large clients of title companies. The second is an indemnity issued by PCD and accepted by title companies and it reflects that in most cases, PCD issues the indemnity and it will be accepted, which means you are not signing on Old Republic letterhead (time & liability) even if an outside vendor prepares the work for you.

Our language and procedures are shaped by you the client. I look forward to drafting our outside communication templates for your approval, if we are fortunate enough to have the opportunity to work for you. Please call or email me with any questions.

Thank you.

Troy Kelley
888-210-2607

**Fidelity National Title Company of Oregon**

Date:                                    Escrow No.:
                                         Borrower:
                                         Address:

To:

To Whom It May Concern:

Enclosed you will find:
- Prepared Lost Note and Trust Deed Affidavit
- Prepared Substitution of Trustee and Full Reconveyance
- Self-addressed, stamped envelope

Please sign and notarize the enclosed documents where indicated and return to my attention so that I may release the associated lien as soon as possible. In the event that you have any questions or concerns, please contact me at the number below. Thank you for your time and efforts.

Thank you,

April Cordaro
Reconveyance Operations Manager

800 Willamette Street • Suite 500 • Eugene, OR 97401
P.O. Box 10827 • Eugene, OR 97440-2827
(541) 683-5422 • Fax (541) 683-5437

QRTK000174



**Post Closing Department**
15 Oregon Ave., Ste. 307
Tacoma, WA 98409
Ph # 888-210-2607

January 4, 2005

Stewart Title # 2003-3206(Lynnwood)
Post Closing Dept. File # I2508 (indemnity)

## INDEMNITY AGREEMENT

The Post Closing Department agrees to indemnify and hold harmless Pacific Northwest
Title Company from any loss that may occur from the said Deed of Trusts:

Document # 200208300232
Recorded: August 30, 2002
Paid off: February 28, 2004
Beneficiary: RBMG, Inc.
Trustee: Stewart Title
Grantor: Severich/Torrico

The Post Closing Department states that the above-referenced Deed of Trust has been
paid off in full, and that the reconveyance is being processed.

Sincerely,

Sharron Airey
Post Closing Department Manager

ORTK000175

# Exhibit B$_4$



## THE POST CLOSING DEPARTMENT
### AGREEMENT FOR POST CLOSING SERVICES

Client: Old Republic Title, Ltd., dba, Old Republic Title and Escrow, Ltd and Issaquah Escrow, Inc.

**Description of Services:**

CLIENTS CLOSED

The Post Closing Department (hereinafter known as PCD)
FILES. AND OBTAIN
The PCD agrees to receive, track, *and* prepare all reconveyances and satisfaction of mortgages from *both* escrow and title. PCD will follow-up in writing and on the telephone with outside trustees that have not recorded reconveyances within the time period mandated by state statutes. PCD agrees to assist client with all their post closing needs.
SHOULD THESE BE DEFINED, SPECIFIED?

Client may begin to forward all *post* closing documents and phone calls concerning post closing to the post-closing desk/department. PCD will review all post closing documents for accuracy and correctness. If documents are incomplete or incorrect, PCD will correct and/or complete the document(s) within the parameters specified by client. "POST CLOSING DOCUMENTS" SHALL MEAN BY WAY OF
PCD SHALL ALSO WORK DILIGENTLY

PCD shall complete all documents in a timely manner and in accordance with state statutes. And with the client's best interest in mind, PCD will always try to prepare and execute a substitution of trustee when said
AND
client is not listed as trustee on original recorded Deed of Trust. PCD shall comply with all state statues concerning post-closing material. PCD under no circumstances shall be required to bring legal action against any parties of interest.

**Previous Services: Follow-up**

If client has had a previous reconveyance service or outside vendor offering post-closing services, PCD shall audit previous years tracking and processing. If in the event PCD recovers money owed to client, client agrees to pay PCD 10% of recovered funds.

Optional: Initial here for service_____

COLLECT, DISSEMINATE OR

**PCD Privacy Notice**
AGREES THAT IT
RECEIVED FROM CLIENTS ESCROW FILES AND/OR OR USE SAID
PCD shall not *release* any information provided to its company or its employees to any third party *unless* in direct relationship to providing client with a completed reconveyance. PCD shall hold all information obtained from client in the strictest confidentiality. AND AGREES TO SHRED ANY DOCUMENTS COLLECTED OR RECEIVED FROM CLIENTS ESCROW FILES WITHIN ONE YEAR OF THE COMPLETION OF THE RECONVEYANCES RELATED TO SUCH FILES.

ORTK000163

Something Likee This.

→ I ~~Praise~~ we can be generic ~~that~~ use a" necessary
~~to obtain all of full and partial conveyances that~~
~~Releases of mortgages that client directs PCO to obtain~~"

— EXAMPLE BUT NOT LIMITATION DREO OF FULL and PARTIAL
RECONVEYANCES, RELEASES OF MORTGAGES and INSTRUCTIONS
and/or TRANSMITTALS EXECUTED BY PRINCIPALS DIRECTING
PCO TO OBTAIN SUCH RECONVEYANCES and RELEASES

↑TRUSTEES AND TRUSTEES
→ WITH LENDERS TO FACILITATE THE TIMELY
COMPLETION OF RECONVEYANCES.

→ INFORMATION FOR ANY MARKETING OR
OTHER PURPOSE

ORTK000164

$5.00 reconveyance preparation (trustee only) where Old Republic Title instructs PCD to prepare trustee file where Old Republic Title is trustee     Initial here for service_____

**Payment Terms:**

Client shall collect post-closing fee at closing and forward check to PCD.  PCD will provide client with a monthly report of services.

*IN EFFECT*

*UPON THE EFFECTIVE CANCELLATION*

This agreement shall be good for six months and shall renew automatically. Client can however, with 30 days written notice, discontinue agreement at anytime. If after discontinuing service client would like assistance from The Post Closing Department to continue the tracking and processing methods and procedures put in place by The Post Closing Department, client may request consultation.

*AN ACCOUNTING*

**Additional Terms and Conditions:**

• PCD SHALL PROVIDE CLIENT WITH MONTHLY PROGRESS REPORTS OF RECONVEYANCE ACTIVITY ON EACH OF CLIENTS FILES BEING TRACKED AS WELL AS ON ALL

Old Republic Title. Ltd.

By:_____      _____
Carleton R. Lago                         Date
Senior Vice President and Secretary
~~Old Republic Title~~

Phone: 800-325-7711
Fax: 925-938-0404

The Post Closing Department

By:_____      _____
Troy X. Kelley                           Date
President
~~The Post Closing Department~~
2521 Fremont Street
Tacoma, WA 98406
Phone: 888-210-2607 / Fax: 888-210-2613
Email: tkelley@propertyclose.com

*We should receive language in this original report ... of reporting on our disbursement of ... amount ... things to PCD refunding of re funds to the originals in our escrow ...*

→ DATE, PCD WILL CEASE TO RECEIVE RECONVEYANCE#
PACKAGES FROM CLIENT BUT WILL RETAIN ALL FILES
RECEIVED UP TO CANCELLATION DATE and WILL
CONTINUE TO PROVIDE FULL SERVICE ON SUCH
FILES UNTIL IT IS DETERMINED THAT ALL
RECONVEYANCES HAVE BEEN COMPLETED.

→ FUNDS RECEIVED FROM CLIENT THAT HAVE BEEN ADDED/AND
DISBURSED AND/OR REFUNDED
TO PRINCIPALS.

ORTK000166

# Exhibit C

Case 2:10-cv-00038-JLR Document 72 Filed 01/20/11 Page 24 of 27

Agreement For Post Closing S?  ?ces - Old Republic Title, Ltd. et al.                                    Page 1 of 1

## Lisa Garcia

**From:**    Troy Kelley [tkelley@propertyclose.com]

**Sent:**    Monday, May 08, 2006 10:30 AM

**To:**      Lisa Garcia

**Subject:** Re: Agreement For Post Closing Services - Old Republic Title, Ltd. et al.

Thank you.

*Lisa Garcia <LGarcia@ortc.com>* wrote:

Mr. Kelley:

Attached for your records is a fully executed copy of the above referenced Agreement.

<<Contract.pdf>>

Lisa Garcia

Corporate Admin.

Old Republic Title Company

2001 North Main Street, Suite 500

Walnut Creek, CA 94596

Ph. (925) 938-0300

Fax (925) 938-0404

lgarcia@ortc.com

5/8/2006

ORTK000159



TO:    CARL    LAGO

925- 938-0404

FROM:    TROY    KELLEY

The Post Closing Department
3820 South Pine Street • Tacoma, WA 98409 • Ph: (888) 210-2607 • Fax: (888) 210-2613

ORTK000160



## THE POST CLOSING DEPARTMENT
### AGREEMENT FOR POST CLOSING SERVICES

Client: **Old Republic Title, Ltd. dba Old Republic Title and Escrow, Ltd. and Issaquah Escrow, Inc.**

**Description of Services:**

**The Post Closing Department (hereinafter known as PCD)**

The PCD agrees to receive, track, prepare and obtain all reconveyances and satisfaction of mortgages from client's closed escrow and title files. PCD will follow-up in writing and on the telephone with outside trustees that have not recorded reconveyances within the time period mandated by state statutes. PCD agrees to assist client with all their post closing needs.

Client may begin to forward all "post closing documents" and phone calls concerning post closing to the post-closing desk/department. PCD will review all post closing documents for accuracy and correctness. If documents are incomplete or incorrect, PCD will correct and/or complete the document(s) within the parameters specified by client. "Post closing documents" shall mean by way of example but not limitation deed of full and partial reconveyances, releases of mortgages and instructions and/or transmittals executed by principals directing PCD to obtain such reconveyances and releases.

PCD shall complete all documents in a timely manner and in accordance with state statutes. And with the client's best interest in mind, PCD will always try to prepare and execute a substitution of trustee when said client is not listed as trustee on original recorded Deed of Trust. PCD shall also work diligently with lenders and trustees to facilitate the timely completion of reconveyances. PCD shall comply with all state statues concerning post-closing material. PCD under no circumstances shall be required to bring legal action against any parties of interest.

**Previous Services:  Follow-up**

If client has had a previous reconveyance service or outside vendor offering post-closing services, PCD shall audit previous years tracking and processing. If in the event PCD recovers money owed to client, client agrees to pay PCD 10% of recovered funds.

Optional:  Initial here for service_____

**PCD Privacy Notice**

PCD agrees that it shall not collect, disseminate or release any information derived from client's escrow files and/or provided to its company or its employees to any third party or use said information for any marketing or other purpose unless in direct relationship to providing client with a completed reconveyance. PCD shall hold all information obtained from client in the strictest confidentiality and agrees to shred any documents collected or received from client's escrow files within one year of the completion of the reconveyances related to such files.

Start Date: June 1, 2006

Fees are as follows:

$20.00 post closing tracking fee per item,
fee includes management of funds due trustees & client refunds

$5.00 reconveyance preparation (trustee only) where Old Republic Title instructs PCD to prepare trustee file where Old Republic Title is trustee    Initial here for service_____

Payment Terms:

Client shall collect post-closing fee at closing and forward check to PCD. PCD will provide client with a monthly report of services.

This agreement shall be in effect for six months and shall renew automatically. Client can however, with 30 days written notice, discontinue agreement at anytime. Upon the effective cancellation date, PCD will cease to receive reconveyance packages from client but will retain all files received up to cancellation date and will continue to provide full service on such files until it is determined that all reconveyances have been completed. If after discontinuing service client would like assistance from The Post Closing Department to continue the tracking and processing methods and procedures put in place by The Post Closing Department, client may request consultation.

Additional Terms and Conditions: __

*   PCD shall provide client with monthly progress reports of reconveyance activity on each of client's files being tracked as well as an accounting on all funds received from client that have been disbursed and/or refunded to principals.

Old Republic Title, Ltd.

By: _____                    5/8/06
    Carleton R. Lago                            Date
    Senior Vice President and Secretary
    2001 North Main Street, Suite 500
    Walnut Creek, CA 94596
    Phone: 800-325-7711
    Fax: 925-938-0404

The Post Closing Department

By: _____                    5-4-06
    Troy X. Kelley                              Date
    President
    2521 Fremont Street
    Tacoma, WA 98406
    Phone: 888-210-2607 / Fax: 888-210-2613
    Email: tkelley@propertyclose.com

ORTK000162