1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OLD REPUBLIC TITLE, LTD.,

Plaintiff,

v.

TROY X. KELLEY and DIANE
DUFFRIN KELLEY, individually and as
a marital community; BLACKSTONE
INTERNATIONAL, a Nevada
corporation; and BERKELEY UNITED,
LLC, a Nevada Corporation,

Defendants.

No. 10-cv-00038-JLR

**MOTION RE: JURY TRIAL**

NOTE ON MOTION CALENDAR:
April 29, 2011

**Introduction and Relief Requested:**  Because a timely jury demand was
not made and leave of court was not requested to extend the deadline, Plaintiff
Old Republic requests a ruling whether this case will be tried before the court or a
jury.  Because of the significant additional expense involved in a jury trial and in
light of the pending summary judgment motions, Old Republic no longer requests
a jury.  Defendants decline to consent to withdraw the jury demand.

**Facts:**  When the present lawsuit was filed in King County Superior Court
on December 10, 2009, Old Republic did not request a jury trial.  Defendants
Kelley removed the lawsuit to federal court on January 6, 2010.  (Dkt. 1)
Following removal, on January 7, 2010, the Court Clerk, Bruce Rifkin, sent a letter

MOTION RE: JURY DEMAND (No. 10-cv-00038-JLR) - 1

4814-9098-4969.01
62131.00047

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

to counsel stating, in part, "Your attention is directed to the provisions of Rule 38(b) and 81(c) of the Federal Rules of Civil Procedure, pertaining to the filing of demands for trial by jury in Federal Court." (Dkt. 2)  Kelley filed his Answer on January 8, 2010, without requesting a jury.  (Dkt. 3)  On March 2, 2010, Old Republic filed a separate Jury Demand.  (Dkt. 5)

**Authority:**  Civil Rule 38(b) and (d) provide:

(b) Demand.

On any issue triable of right by a jury, a party may demand a jury trial by:

(1) serving the other parties with a written demand — which may be included in a pleading — no later than 14 days after the last pleading directed to the issue is served; and

(2) filing the demand in accordance with Rule 5(d).

* * *

(d) Waiver; Withdrawal.

A party waives a jury trial unless its demand is properly served and filed.  A proper demand may be withdrawn only if the parties consent.

In the Western District of Washington, Local Rule 38(b) provides that to request a jury, "the words 'JURY DEMAND' shall be typed in capital letters on the first page immediately below the name of the pleading to the right o the name of the cause."  This was not done by either party.

Rule 81(c)(3) does not change the deadlines above because neither the defendants' Answer nor any jury demand were filed in state court before the lawsuit was removed.  Lutz v. Glendale Union High School, 403 F.3d 1061, 1063 (9th Cir. 2005); see also 9 Wright & Miller, Federal Practice and Procedure, § 2318 (Rule 81(c)(3)(B) "applies only if all the necessary pleadings have been served in the state court proceeding prior to removal.  If they have not, the usual provisions

MOTION RE: JURY DEMAND (No. 10-cv-00038-JLR) - 2

4814-9098-4969.01
62131.00047

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

1  of the Federal Rules, particularly Rule 38(b) and Rule 81(c)(3)(A) govern the time

2  in which to demand a jury.").

3      The trial court has limited discretion to allow an untimely jury demand:

4        Although the right to a jury trial is a constitutional one, the
    Federal Rules of Civil Procedure, which set out time limits for

5  invoking this right, are authoritative. A court's exercise of discretion
in denying a motion for a jury trial, based on these rules, does not

6  impinge upon a party's constitutional rights. See Pacific Queen
Fisheries v. Symes, 307 F.2d 700, 718-719 (9th Cir. 1962), cert.

7  denied, 372 U.S. 907, 83 S.Ct. 721, 9 L.Ed.2d 717 (1963).
Moreover an "untimely requests for a jury trial must be denied

8  unless some cause beyond mere inadvertence is shown."
Mardesich v. Marciel, 538 F.2d 848, 849 (9th Cir. 1976) (per

9  curiam); Galella v. Onassis, 487 F.2d 986, 989 (2d Cir. 1973).

10 Chandler Supply Co. v. GAF Corp., 650 F. 2d 983, 987 (9th Cir. 1980).

11     **Conclusion:** Old Republic filed an untimely jury demand without leave of

12 court. The foregoing motion is submitted to determine whether the case will be

13 tried to the court or a jury. Given the issues in the case, the pending summary

14 judgment motions, and to avoid the additional time and expense involved in a jury

15 trial, Old Republic no longer requests a jury trial.

16     DATED this 14th day of April, 2011.

17         /s/Scott A. Smith
        Scott A. Smith, WSBA #11975

18         William P. Brewer, WSBA #37055
        RIDDELL WILLIAMS P.S.

19         1001 Fourth Avenue, Suite 4500
        Seattle, WA 98154

20         Tel: (206) 624-3600
        Fax: (206) 389-1708

21         ssmith@riddellwilliams.com
        wbrewer@riddellwilliams.com

22

23         Attorneys for Plaintiff
        Old Republic Title, Ltd.

24

25

26

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

## CERTIFICATE OF SERVICE

I, Melodi Downs, states as follows:

I am over 18 years of age and a citizen of the United States.  I am employed as an executive assistant by the law firm of Riddell Williams P.S.

On the date noted below I electronically filed the foregoing pleading using the CM/ECF system and caused to be delivered true and accurate copies of the same via the CM/ECF system which will send notification of such filing to:

Judy A. Endejan, WSBA #11016
David C. Lundsgaard, WSBA #25448
GRAHAM & DUNN PC
Pier 70 – 2801 Alaskan Way, Ste. 300
Seattle, WA  98121-1128
Email: jendejan@grahamdunn.com
        dlundsgaard@grahamdunn.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this Certificate of Service was executed on this 14th day of April, 2011, at Seattle, Washington.

Melodi Downs

MOTION RE: JURY DEMAND (No. 10-cv-00038-JLR) - 4
4814-9098-4969.01
62131.00047

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600