UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLD REPUBLIC TITLE, LTD., | CASE NO. C10-0038JLR |
| Plaintiff, | ORDER DENYING MOTION TO SEAL |
| v. | |
| TROY X. KELLEY, et al., | |
| Defendants. | |

Before the court is Defendants' unopposed motion for redaction in filed documents and/or sealing (Dkt. # 141). The court has reviewed the motion and the attached declaration filed by Troy X. Kelley and for the reasons stated below DENIES the motion (Dkt. # 141).

This case involves allegations that Mr. Kelley and others failed to refund unearned reconveyance fees to Old Republic Title's ("ORT") customers. In briefing filed with the court, ORT accuses Mr. Kelley of all forms of wrongdoing including misappropriation of customer funds, lying, fraudulently transferring funds, intentional spoliation of evidence,

1  shady business schemes, tax evasion, and hiding from creditors.  (Mot., Ex. A at 9.)  Mr.

2  Kelley requests that documents relating to these allegations be sealed as they may subject

3  Mr. Kelley to annoyance, embarrassment and harm to his legislative career.  (Kelley

4  Decl. (Dkt. # 142) ¶ 11; Proposed Order (Dkt. # 141-2) ¶ 6.)  Mr. Kelley also identifies

5  various documents that he claims contain tax returns, bank statements and personnel

6  payroll information that should be protected from public disclosure.  (Proposed Order ¶

7  4.)

8       As to the latter category of documents, the court has reviewed the docket entries

9  identified by Mr. Kelley as containing confidential financial information and other

10  personal identifying information and cannot find any violations of the court's rules

11  regarding the redaction of personal data identifiers.  *See* Local Rules W.D. Wash. CR 5.2

12  (requiring redaction of personal data identifiers such as dates of birth, names of minor

13  children, social security and taxpayer identification numbers, financial accounting

14  information to the last four digits, passport numbers and driver license numbers).

15  Therefore, the court denies the motion to seal docket numbers 25, 26, 27, 28, 50, 57, 59,

16  and 69 (the Amended Complaint filed on January 19, 2011) on the basis that they contain

17  personal confidential information.

18       As to Mr. Kelley's request to seal documents that may subject him to annoyance,

19  embarrassment or harm to his political career, the court finds that these bases do not

20  overcome the strong presumption of public access to the court's files.  *See* Local Rules

21  W.D. Wash. CR 5(g)(2).  "In this circuit, we start with a strong presumption in favor of

22  access to court records."  *Folz v. State Farm Mut. Auto Ins. Co.,* 331 F.3d 1122, 1135

ORDER- 2

1   (9th Cir. 2003); *see also Kamakana v. City and County of Honolulu,* 447 F.3d 1172, 1179

2   (9th Cir. 2006).  The Ninth Circuit teaches that "[t]he mere fact that the production of

3   records may lead to a litigant's embarrassment, incrimination, or exposure to further

4   litigation will not, without more, compel the court to seal its records." *Kamakana,* 447

5   F.3d at 1179 (affirming district court's decision not to seal records that might, among

6   other things, cast police officers in a false light).  Accordingly, the court denies Mr.

7   Kelley's motion to seal the remaining requested documents on the basis that they will

8   harm his political career or cause him embarrassment.

9          For the above reasons, the court DENIES Defendants' motion to redact or seal

10  documents in the court's file (Dkt. # 141).

11         Dated this 1st day of June, 2011.

12

13

14  _____

    JAMES L. ROBART
15  United States District Judge

16

17

18

19

20

21

22

ORDER- 3